F I L E D

DEC 2 1 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. |
| v. | ) 07CR 0864 |
| | ) Magistrate Judge |
| MOHAMMED A. SODAGAR | ) SIDNEY I. SCHENKIER |
| | ) |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, ARREST WARRANT AND INSTANT MOTION

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, Arrest Warrant, and Instant Motion:

Due to the upcoming holidays, it is unlikely that the agents will be able to apprehend the defendant within the next several days. The Complaint and its accompanying affidavit contain information that is not generally known to the public, and its disclosure could jeopardize an ongoing investigation or potentially result in the intimidation of certain witnesses to the events described therein. For the foregoing reasons, the government respectfully requests that the Complaint, including its accompanying Affidavit, and the Arrest Warrant, as well as this Motion

and Order to Seal, be sealed until January 1, 2008, or until the arrest of the defendant, whichever occurs first.

                                    Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney

By:     _____
                                    Christopher R. McFadden
                                    Assistant U.S. Attorney
                                    219 S. Dearborn St., 5th Floor
                                    Chicago, IL 60604
                                    (312) 353-1931