## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Mohammed Sodagar pursuant to the complaint filed on 12/21/07. The government's motion to seal the complaint and affidavit in support thereof is granted. Enter order that the complaint and affidavit shall be sealed until 1/1/08, or until such time as the warrant for arrest is executed, or further order of the Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|