UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **07CR. 0864** |
| v. | ) Magistrate Judge Sidney I. Schenkier |
| MOHAMMED A. SODAGAR | ) |

## ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to seal the Complaint and its accompanying Affidavit, and the Arrest Warrant, as well as the Motion to Seal and this Order, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED that the Complaint and its accompanying Affidavit, the Arrest Warrant, and the Motion to Seal be sealed until and including January 1, 2008, or the arrest of the defendant, whichever occurs first.

_____
Sidney I. Schenkier
U.S. Magistrate Judge

DATE: December 21, 2007.