## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 1/2/2008 |
| **CASE TITLE** | United States of America vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to his arrest on 1/2/08. Defendant informed of his rights. The government moves for detention. Detention hearing set for 1/3/08 at 11:00 a.m. Government's oral motion to unseal the case is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|