

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Mohammed Sodogor

Case Number: 07-864

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mohammed Sodogor

FILED
Jan 3, 2008
JAN 03 2008

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print) Bruce Brandwein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Bruce Bra... | |
| FIRM Brandwein + Smolin | |
| STREET ADDRESS 20 S. Clark St 410 | |
| CITY/STATE/ZIP Chicago Ill 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0280127 | TELEPHONE NUMBER (312)853-0008 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [X]   APPOINTED COUNSEL [ ] | |