Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 1/3/2008 |
| **CASE TITLE** | | United States of America vs. Mohammed Sodagar | |

**DOCKET ENTRY TEXT**

Detention hearing held. The government's oral motion for detention is granted. The defendant will be detained in custody pending trial or order of the Court. A status on the preliminary examination hearing is set for 2/5/08 at 9:30 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|