UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
12-26-07
DEC 26 2007

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07 CR 864 |
| ) | Magistrate Judge |
| v. ) | SIDNEY I. SCHENKIER |
| ) | |
| MOHAMMED A. SODAGAR ) | |
| ) | |

## GOVERNMENT'S AMENDED MOTION TO SEAL COMPLAINT, AFFIDAVIT, ARREST WARRANT AND INSTANT MOTION

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Amended Motion to Seal Complaint, Affidavit, Arrest Warrant, and Instant Motion:

On December 21, 2007, the Court granted the Government's motion to seal the complaint, affidavit, arrest warrant, and accompanying motion to seal in the above-referenced case. The order sealed such documents until and including January 1, 2008, or the arrest of the defendant, whichever occurs first.

The United States moves to amend the Court's order of December 21, 2007, such that the above-referenced documents, this motion, and this order, are sealed until the arrest of the defendant, or the dismissal of charges pending against him in the Circuit Court of Cook County, Illinois, whichever comes first. By unsealing the documents at the time of the dismissal of the

state charges against the defendant, if such dismissal precedes the arrest of the defendant, the Court will facilitate the orderly transfer of the defendant from state to federal custody.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

By:        _____
                Christopher R. McFadden
                Assistant U.S. Attorney
                219 S. Dearborn St., 5th Floor
                Chicago, IL 60604
                (312) 353-1931