## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 12/26/07 |
| **CASE TITLE** | United States of America vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Government's amended motion to seal complaint, affidavit, arrest warrant, and instant motion is granted. Enter order to seal complaint, affidavit, arrest warrant, and instant motion until 1/1/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|