UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 07 CR 864 |
| | ) | |
| v. | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| MOHAMMED A. SODAGAR | ) | |
| | ) | |

## ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to seal the Complaint and its accompanying Affidavit, and the Arrest Warrant, and the Motion to Seal and the prior order granting said motion, and the Amended Motion Seal and the instant order granting said motion, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED that the Complaint and its accompanying Affidavit, the Arrest Warrant, the Motion to Seal and accompanying order, and the Amended Motion to Seal and this instant order, be sealed until the arrest of the defendant, the dismissal of pending state charges against the defendant, or January 1, 2008, whichever occurs first.

Sidney I. Schenkier
U.S. Magistrate Judge

DATE: December 26, 2007.