UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | Case No: 07 864 |
| | ) | |
| MOHAMMED AFZAL SODAGAR | ) | Magistrate Judge Sidney I. |
| | ) | Schenkier |
| | ) | |
| Defendant. | ) | Room 1700 |

**MOTION TO REVOKE PRETRIAL DETENTION ORDER**

Defendant **MOHAMMED AFZAL SODAGAR**, by and through his attorney *Bruce Brandwein*, respectfully moves this Court, pursuant to 18 U.S.C. § 3145(b), to revoke the order of detention entered in this case on January 3, 2008, and instead to order that **MOHAMMED AFZAL SODAGAR** be released pending trial. As grounds for this request **MOHAMMED AFZAL SODAGAR** states as follows:

1. MOHAMMED AFZAL SODAGAR was arrested on December 28, 2007 and charged in a two (2) count complaint alleging (1) fraud in connection with identification documents in violation of 18 U.S.C. § 1028 and (2) fraud in connection with access devices in violation of 18 U.S.C. § 1029. Pursuant to the government's request, MOHAMMED AFZAL SODAGAR was detained pending a detention hearing.

2. On January 3, 2008, the Defendant MOHAMMED AFZAL SODAGAR appeared before Magistrate Judge Sidney I. Schenkier for a detention hearing. Magistrate Judge Sidney I. Schenkier granted the government's Motion for Pretrial Detention pursuant to 18 U.S.C. § 3142 indicating that some type of property need be posted to insure the Defendant's appearance in court. (Copy of said Order attached hereto as Exhibit A.)

3. That the Defendant's brother Kadar Sodagar has property located at 2405 West Augusta, Chicago, Illinois 60622 that he is willing to post as surety if the Defendant is released. The property is titled in the name of Sodagar Business, Inc. Kadar Sodagar is the sole shareholder of said Sodagar Business, Inc.

4. That an appraisal, closing statement and title report (attached hereto as Exhibits B, C, and D) shows that there is approximately $204,121.15 in equity on said property.

5.  That Kadar Sodagar is now able to post this bond after speaking with his family, knowing that the Defendant will not flee the jurisdiction but will appear in court for all future proceedings.

6.  That Kadar Sodagar will allow the Defendant to reside at his residence located at 6401 North Kilbourn, Lincolnwood, Illinois 60712 until such time as Kadar is able to find an apartment in the Chicagoland area for the Defendant.

7.  That the Court can place any additional conditions of release which would reasonably assure the appearance of the Defendant.

**WHEREFORE**, for these reasons and or such reasons that shall appear to the Court, the Defendant **MOHAMMED AFZAL SODAGAR** respectfully requests that his motion be granted.

Respectfully Submitted,

/s/ Bruce E. Brandwein         /
Bruce E. Brandwein
Counsel for Defendant

ARDC#  0280127
**BRANDWEIN & SMOLIN**
One of the Attorneys for Defendant
20 South Clark Street, Suite 410
Chicago, IL 60603
(312) 853-0008