# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| -vs- ) | Case No: 07 CR 864 |
| ) | |
| MOHAMMED AFZAL SODAGAR ) | Magistrate Judge Sidney I. |
| ) | Schenkier |
| ) | |
| **Defendant.** ) | Room 1700 |

**To:** AUSA Christopher McFadden
Christopher.McFadden@usdoj.gov

## NOTICE OF MOTION

On **January 23, 2008** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sidney I. Schenkier presiding in **Room 1700**, at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago Illinois and present the **MOTION TO REVOKE PRETRIAL DETENTION ORDER.**

|  |  |
|---|---|
| | s/ Bruce E. Brandwein |
| ARDC# 0280127 | Bruce E. Brandwein |
| **BRANDWEIN & SMOLIN** | |
| One of the Attorneys for Defendant | |
| 20 South Clark Street, Suite 410 | |
| Chicago, IL 60603 | |
| (312) 853-0008 | |

### PROOF OF SERVICE BY ECF/PACER ELECTRONIC FILING

The undersigned hereby certifies that service of a copy of this <u>NOTICE OF MOTION and MOTION TO REVOKE PRETRIAL DETENTION ORDER</u> has been sent to the above address by electronic filing on this **17th day** of **January 2008.**

s/ Bruce E. Brandwein
Bruce E. Brandwein