# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 1/23/2008 |
| **CASE TITLE** | United States of America vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for pretrial release (doc. # 11) is granted. The defendant is to be detained pending posting of bond as directed by the Court on the record.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|