## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| -vs- | ) | **Case No: 07 CR 864** |
| | ) | |
| **MOHAMMED AFZAL SODAGAR** | ) | **Magistrate Judge Sidney I.** |
| | ) | **Schenkier** |
| | ) | |
| **Defendant.** | ) | **Room 1700** |

### MOTION TO WITHDRAW AS COUNSEL
### FOR MOHAMMED AFZAL SODAGAR

NOW COMES *Bruce Brandwein*, attorney for Defendant **MOHAMMED AFZAL SODAGAR,** and moves this Honorable Court to enter an order granting Bruce Brandwein leave to withdraw as counsel for the Defendant and in support thereof states as follows:

1. The undersigned filed his appearance on behalf of the Defendant on January 2, 2008.

2. The undersigned has appeared in Court on behalf of the Defendant from time to time.

3. The government has not returned indictment against Defendant and has been granted an extension of time until February 26, 2008 in which to seek an indictment.

4. That due to professional reasons the undersigned will not be able to continue to represent the Defendant.

5. That under information and belief the Defendant is attempting to retain new counsel.

WHEREFORE, the undersigned attorney respectfully requests that this Honorable Court grant him leave to withdraw as attorney for Mohammed Afzal Sodagar.

Respectfully Submitted,

ARDC# 0280127
**BRANDWEIN & SMOLIN**
One of the Attorneys for Defendant
20 South Clark Street, Suite 410
Chicago, IL 60603
(312) 853-0008

/s/      **Bruce E. Brandwein      /**
Bruce E. Brandwein
Counsel For Defendant