# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| ) | |
| **Plaintiff,**  ) | |
| -vs-  ) | Case No: 07 CR 864 |
| ) | |
| MOHAMMED AFZAL SODAGAR  ) | Magistrate Judge Sidney I. |
| ) | Schenkier |
| ) | |
| **Defendant.**  ) | Room 1700 |

**To:**  AUSA Christopher McFadden             Mohammed Afzal Sodagar
         Christopher.McFadden@usdoj.gov        Metropolitan Correctional Center
                                               Inmate #: 22546424
                                               71 West Van Buren St.
                                               Chicago, IL 60605

## NOTICE OF MOTION

On **February 5**, 2008 at **11:30** **a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sidney I. Schenkier presiding in **Room 1700**, at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago Illinois and present the **MOTION TO WITHDRAW.**

                                                   s/ Bruce E. Brandwein
ARDC#  0280127                                     Bruce E. Brandwein
**BRANDWEIN & SMOLIN**
One of the Attorneys for Defendant
20 South Clark Street, Suite 410
Chicago, IL 60603
(312) 853-0008

### PROOF OF SERVICE BY HAND DELIVERY

The undersigned hereby certifies that service of a copy of this NOTICE OF MOTION and MOTION TO WITHDRAW has been hand delivered to Mohammed Afzal Sodagar on this **31st** day of **January** 2008.

### PROOF OF SERVICE BY ECF/PACER ELECTRONIC FILING

The undersigned hereby certifies that service of a copy of this NOTICE OF MOTION and MOTION TO WITHDRAW has been sent to ASUA Christopher McFadden at the above address by electronic filing on this **31st** day of **January** 2008.

                                                   s/ Bruce E. Brandwein
                                                   Bruce E. Brandwein