# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 2/1/2008 |
| **CASE TITLE** | United States of America vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Bruce Brandwein's motion to withdraw as counsel for defendant (doc. # 19) is granted. Steven Shanin's motion to appear as counsel for the defendant (doc. # 21) is granted. The status hearing set for 2/5/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|

Case 1:07-cr-00864   Document 22   Filed 02/01/2008   Page 1 of 1

07CR864 - 1 United States of America vs. Mohammed Sodagar   Page 1 of 1