

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 1 9 2008  NF

Feb 19, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   )
)
v.   )
)
MOHAMMED SODAGAR   )
)   No. 07 CR 864-1
)   Magistrate Judge Shenkier

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on February 19, 2008, and for and in consideration of bond being set by the Court for defendant Mohammed Sodagar in the amount of $300,000, being secured by Sodagar Business, Inc. and funds in the amount of $40,000 deposited with the Clerk of the Court, Northern District Illinois ("$40,000). Kadar A. Sodagar (Grantor), Owner of Sodgar Business, Inc. and depositor of $40,000, hereby warrants and agrees:

1.   Kadar A. Sodagar warrants that he is the sole record owner, president, and registered agent for Sodagar Business, Inc. located at **2405 W. Augusta, Chicago, Illinois 60602**, described legally as follows:

> LOTS 20, 21 AND 22 (EXCEPT THAT PART OF SAID LOTS LYING EAST OF A LINE 50 FEET WEST OF AND PARALLEL WITH THE EAST LINE OF SECTION 1 IN BLOCK 1 IN THE SUBDIVISION OF THE NORTH 3/4 OF THE EAST ½ OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 1, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
>
> P.I.N:   16-01-420-044-0000.

Kadar A. Sodagar warrants that there is one outstanding mortgage against the subject property with a balance of approximately $742,500, and that the current equitable interest in the real property is no less than $185,700.

2. Kadar A. Sodagar agrees that any and all interest he may have in the above-described business, including land and fixtures, may be forfeited to the United States of America, should defendant Mohammed Sodagar violate any specified condition of the Court's order of release. Further, Kadar A. Sodagar agrees that 100% of his equitable interest in the above-described business, as well as $40,000, for a total equaling $300,000, may be forfeited to the United States of America, should the defendant Mohammed Sodagar fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Kadar A. Sodagar has received a copy of the Court's release order and understand its terms and conditions. Further, Kadar A. Sodagar understands that the only notice he will receive is notice of court proceedings.

3. Kadar A. Sodagar further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Kadar A. Sodagar understands that should defendant Mohammed Sodagar fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. Kadar A. Sodagar further agrees that he will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. Kadar A. Sodagar further understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in

connection with this Forfeiture Agreement, or in connection with the bond set for defendant Mohammed Sodagar, he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Kadar A. Sodagar agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. Kadar A. Sodagar hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 2/19/08

KADAR A. SODAGAR
SURETY/GRANTOR

Date: 2/19/08

Witness

Prepared by:

U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
312-353-5300
/dc