# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 2/19/2008 |
| **CASE TITLE** | United States of America vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant released on $300,000.00 bond secured by property and cashiers check. Defendant is directed to post the cashiers checks in the amount of $40,000.00 with the Court by 2/22/08.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|