FILED
MAR 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 864 |
| | ) | |
| v. | ) | Violations: Title 18, United States Code, |
| | ) | Sections 287, 1028(a)(3), 1028(a)(5), |
| | ) | 1029(a)(1), 1029(a)(3), and 1544; and |
| MOHAMMED A. SODAGAR | ) | Title 42, United States Code, Section |
| | | 408(a)(7)(A). |

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE SCHENKIER

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about April 17, 2003, at Morton Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

MOHAMMED A. SODAGAR,

defendant herein, made, presented and caused to be presented to the Internal Revenue Service, an agency of the United States, a claim upon and against the U.S. Department of Treasury, Internal Revenue Service, that is, a Form 1040 United States Individual Income Tax Return in the name of Individual AM claiming a $2,457 federal income tax refund for tax year 2002, knowing that the claim was false, fictitious and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about March 14, 2004, at Morton Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

### MOHAMMED A. SODAGAR,

defendant herein, made, presented and caused to be presented to the Internal Revenue Service, an agency of the United States, a claim upon and against the U.S. Department of Treasury, Internal Revenue Service, that is, a Form 1040 United States Individual Income Tax Return in the name of Individual AM claiming a $2,567 federal income tax refund for tax year 2003, knowing that the claim was false, fictitious and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about March 28, 2005, at Morton Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

MOHAMMED A. SODAGAR,

defendant herein, made, presented and caused to be presented to the Internal Revenue Service, an agency of the United States, a claim upon and against the U.S. Department of Treasury, Internal Revenue Service, that is, a Form 1040 United States Individual Income Tax Return in the name of Individual AM claiming a $2,658 federal income tax refund for tax year 2004, knowing that the claim was false, fictitious and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT FOUR

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about April 5, 2006, at Morton Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

MOHAMMED A. SODAGAR,

defendant herein, made, presented and caused to be presented to the Internal Revenue Service, an agency of the United States, a claim upon and against the U.S. Department of Treasury, Internal Revenue Service, that is, a Form 1040 United States Individual Income Tax Return in the name of Individual AM claiming a $2,725 federal income tax refund for tax year 2005, knowing that the claim was false, fictitious and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT FIVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about April 17, 2007, at Morton Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

MOHAMMED A. SODAGAR,

defendant herein, made, presented and caused to be presented to the Internal Revenue Service, an agency of the United States, a claim upon and against the U.S. Department of Treasury, Internal Revenue Service, that is, a Form 1040 United States Individual Income Tax Return in the name of Individual AM claiming a $2,876 federal income tax refund for tax year 2006, knowing that the claim was false, fictitious and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT SIX

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 29, 2007, at Morton Grove, in the Northern District of Illinois, Eastern Division,

MOHAMMED A. SODAGAR,

defendant herein, knowingly possessed with the intent to use unlawfully five or more identification cards, other than those issued lawfully for his use, namely, Social Security cards issued by the U.S. Social Security Administration and a visa issued by the U.S. State Department, all of which were or appeared to have been issued by and under the authority of the United States; and identification cards and driver's licenses issued by the state of Illinois and a passport issued by the Islamic Republic of Pakistan, the possession of which were in or affected interstate or foreign commerce;

In violation of Title 18, United States Code, Section 1028(a)(3).

## COUNT SEVEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

Beginning on or about at least April 17, 2003, and continuing until on or about November 29, 2007, at Morton Grove, in the Northern District of Illinois, Eastern Division,

MOHAMMED A. SODAGAR,

defendant herein, willfully, knowingly, and with intent to deceive, used a social security account number assigned by the Commissioner of Social Security on the basis of false information furnished to the Commissioner by him or any other person, for the purpose of obtaining anything of value from any person, or for any other purpose;

In violation of Title 42, United States Code, Section 408(a)(7)(A).

## COUNT EIGHT

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 29, 2007, at Morton Grove, in the Northern District of Illinois, Eastern Division,

### MOHAMMED A. SODAGAR,

defendant herein, knowingly possessed a document-making implement and authentication feature, namely, a stamp that was or appears to have been issued by and under the authority of the United States and reads, "PROCESSED FOR -551 TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL _____ EMPLOYMENT AUTHORIZED," with the intent that such document-making implement would be used in the production of a false identification document, and such use being in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 1028(a)(5).

## COUNT NINE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about January 8, 2007, at Morton Grove, in the Northern District of Illinois, Eastern Division,

MOHAMMED A. SODAGAR,

defendant herein, knowingly and with intent to defraud used one or more counterfeit access devices, namely a credit card issued in the name of Fyazal T. Juharah, bearing account number ending in 8971, the use of which affected interstate commerce;

In violation of Title 18, United States Code, Section 1029(a)(1).

## COUNT TEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 29, 2007, at Morton Grove, in the Northern District of Illinois, Eastern Division,

MOHAMMED A. SODAGAR,

defendant herein, knowingly and with intent to defraud possessed fifteen or more devices which are counterfeit and unauthorized access devices, namely, over 400 credit cards, the possession of which affected interstate commerce;

In violation of Title 18, United States Code, Section 1029(a)(3).

## COUNT ELEVEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. On or about December 28, 2007, defendant MOHAMMED A. SODAGAR was first arrested by federal law enforcement agents at Skokie, in the Northern District of Illinois, Eastern Division.

2. On or about December 28, 2007, the last known residence of defendant MOHAMMED A. SODAGAR was at Morton Grove, in the Northern District of Illinois, Eastern Division.

3. On or about September 24, 1999, in Islamabad, Pakistan, outside of the jurisdiction of any particular State or district,

MOHAMMED A. SODAGAR,

defendant herein, willfully and knowingly used a passport issued and designed for the use of another, that is, a Pakistani passport issued and designed for the use of Individual FIT;

In violation of Title 18, United States Code, Section 1544.

## **FORFEITURE ALLEGATIONS**

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations of Counts Six and Seven of the Indictment are realleged and incorporated herein for the purpose of alleging that certain property is subject to forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982 and 1029.

2. As a result of his violation of Title 18, United States Code, Section 1029, as alleged in Counts Six and Seven of this Indictment,

MOHAMMED A. SODAGAR,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violation, and pursuant to Title 18, United States Code Section 1029(c)(1)(C) any and all property used, and intended to be used, in any manner or part to commit the said violations. The property subject to forfeiture includes, but is not limited to:

   a. approximately $9,000 in previously seized gold metal bars and gold coins;

   b. the real property located at 8616 Frontage Road, Morton Grove, Illinois; and

   c. approximately $500,000 in United States currency, including but not limited to approximately $61,000 in United States currency previously seized from 8616 Frontage Road, Morton Grove, Illinois and $14,200 in funds previously seized from account XXXXX-8805 held at Charter One bank.

3.  If any of the property being described above as being subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code Sections 982(b)(1) and 1029(c)(1)(C);

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY