# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | United States of America vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Arraignment set for 4/8/08 is reset to 4/16/08 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | |
|---|---|
| Courtroom Deputy Initials: | mm |