UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Plaintiff ) | | |
| ) | | |
| v. ) | No. 07 CR 864-1 | |
| ) | Judge Joan Humphrey Lefkow | |
| Mohammed SODAGAR ) | | |
|     Defendant ) | | |

**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

    Defendant Mohammed SODAGAR, by his attorney Steven Shanin, respectfully moves this Court to grant leave to file additional motions after the May 7, 2008 pretrial motions cutoff date. AUSA Maureen Marin has delivered to defendant and his counsel a substantial quantity of discovery materials. However, in addition the volume of documents, there are special circumstances and possible additional discovery that may be involved with this case that might warrant the filing of additional motions.

    WHEREFORE, defendant Mohammed SODAGAR respectfully requests that this Court enter an order granting defendant leave to file additional motions.

Respectfully Submitted,

s/Steven R. Shanin
Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000
FAX: 312 939-0054
sshanin@federallaw.us