UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Plaintiff ) | | |
| ) | | |
| v. ) | No. 07 CR 864-1 | |
| ) | Judge Joan Humphrey Lefkow | |
| Mohammed SODAGAR ) | | |
|     Defendant ) | | |

### MOTION FOR DISCOVERY OF CERTAIN ITEMS
### IN THE GOVERNMENT'S POSSESSION

Defendant Mohammed SODAGAR, by his attorney Steven R. Shanin, states that a 16.1 conference was held by April 23, 2008 with AUSA Maureen Marin and certain discovery materials were received by defendant. Additional discovery materials have been tendered and received up to and including May 2, 2008. Due to the volume of discovery, undersigned attorney's review is ongoing. The below requested additional discovery is in consequence of that ongoing review.

WHEREFORE, defendant by his attorney Steven R. Shanin, respectfully moves, pursuant to Federal Rule of Criminal Procedure 16, Local Rule 16.1 and 18 U.S.C.§3500, for an order directing the United States Attorney for the Northern District of Illinois disclose certain information to Defendant, to wit:

1. Any and all records of and recordings of 911 emergency calls relevant to this case on or about November 28 and 29, 2007;

2. Any and all records of and recordings of non-emergency calls made to the Morton Grove, Illinois police department relevant to this case on or about November 28 and 29, 2007;

3. Records of any and all calls or complaints made to the Morton Grove, Illinois police

department regarding Defendant Mohammed SODAGAR;

    4. Records of any and all calls or complaints made to the Morton Grove, Illinois police department regarding Seema Sodagar;

    5. Records of any and all calls or complaints made to the Morton Grove, Illinois police department regarding Saarum Sodagar;

    6. Computer printouts of the National Crime Information Center (NCIC)/ Law Enforcement Data System (LEADS) inquiries on Defendant Mohammed SODAGAR, his son, Saarum, and wife, Seema SODAGAR, respectively from November 27, 2007 to date. (see United States v. Ienco, 94 CR 586 (ND. ILL. 1997), where this type of discovery was used to prove that evidence was illegally obtained prior to an arrest.);

    7. Logs of or recordings of calls by the Morton Grove Police Department on or about November 28 and 29, 2007 in relation to this case;

    8. Prior testimony, court findings and disciplinary records of Officers Warrensford, Atto, Yaras, Kamys, Schuette, and Palko Commanders Bolger and McClosky, Detectives Stueber (sic) (Steuber) and Rago, and Sergeant Fennelly which would tend to be relevant to the issue of credibility;

    9. Any notes, reports, documents, recordings, photographs and videos, statements and any and all additional discovery regarding any contact or investigation by or in regard to Mohammed SODAGAR, Seema SODAGAR, Saarum SODAGAR and any other persons interviewed by the Morton Grove Police Department in connection to the instant case;

    10. Any notes, reports, documents, recordings, photographs and videos, statements and any and all additional discovery regarding the any contact or investigation by or in regard to Mohammed SODAGAR, Seema SODAGAR and/or Saarum SODAGAR by the Morton Grove

Police Department in addition to the instant case.

WHEREFORE, defendant Mohammed SODAGAR respectfully requests that the Court grant his motion for disclosure of certain evidence in the government's possession or that the government can obtain.

                                Respectfully Submitted,

                                s/Steven R. Shanin
                                Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000
FAX: 312 939-0054
sshanin@federallaw.us