UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
| Defendant | ) | |

### MOTION FOR PHYSICAL INSPECTION OF CERTAIN ITEMS
### IN THE GOVERNMENT'S POSSESSION

Defendant Mohammed SODAGAR, by his attorney Steven R. Shanin, respectfully moves, pursuant to Federal Rule of Criminal Procedure 16, Local Rule 16.1 and 18 U.S.C.§3500, for an order directing the United States Attorney for the Northern District of Illinois to allow physical inspection of evidence in the government's possession or that the government can obtain, and in support hereof, states as follows:

Defendant has received photocopies of certain evidence in the government's possession, including, but not limited to credit cards, identification cards and passports. Said evidence was the basis, in part, upon which the Search Warrant was issued in this case. Fundamental fairness as well as prudence dictates that Defendant SODAGAR, by his attorney, be allowed to examine the actual evidence.

WHEREFORE, defendant Mohammed SODAGAR respectfully requests that the Court grant his motion for an order directing the United States Attorney for the Northern District of Illinois to allow physical inspection of evidence in the government's possession or that the government can obtain.

Respectfully Submitted,

                                      s/Steven R. Shanin
                                      Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000
FAX: 312 939-0054
sshanin@federallaw.us