UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

## MOTION TO PRESERVE GOVERNMENT AGENTS' NOTES

Defendant Mohammed SODAGAR, by his attorney Steven R. Shanin, respectfully moves this Court for an order, pursuant to Local Rule 16.1(a)(2), preserving the notes of any and all government agents, including, but not limited to Morton Grove, Illinois police officers. In support of the motion, defendant states as follows:

On November 28, 2007, Morton Grove police officers investigated an alleged incident at Defendant Mohammed SODAGAR'S home, 8616 N. Frontage Rd., Morton Grove, Illinois. On November 29, 2007, Morton Grove police officers executed a search warrant at said home and arrested defendant SODAGAR. Said officers also presumably interviewed witnesses in relation to the alleged incidents. Said officers presumably took notes of the events surrounding the investigation, interviews and the arrest. Subsequent to the arrest, Morton Grove officers prepared memoranda, certain of which were in the form of Police Reports. These memoranda and reports presumably were prepared with the use of notes made in connection with the prior investigation and arrest, respectively.

WHEREFORE Defendant Mohammed SODAGAR respectfully requests this Court to

order the government to preserve the notes of any and all government agents, specifically including, but not limited to Morton Grove, Illinois police officers.

        Respectfully Submitted,

        s/Steven R. Shanin
        Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000
FAX: 312 939-0054
sshanin@federallaw.us