UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

**MOTION FOR EARLY RETURN OF SUBPOENAS**
**PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17**

    Defendant Mohammed SODAGAR, by his attorney Steven R. Shanin, respectfully moves, pursuant to Federal Rule of Criminal Procedure 17, for entry of an order permitting the early return of trial subpoenas on behalf of defendant. In support of this motion, Defendant states as follows:

    The Court has yet to set a trial date in this matter, but counsel for Defendant Mohammed SODAGAR intends to insist upon a prompt and speedy trial. Documentary evidence must be obtained by the defense in this case in its preparation for trial and witnesses will need to be subpoenaed. Given the anticipated short trial date and the need to examine this evidence in advance of trial, defendant requests this Court grant its request for an early return of trial subpoenas.

    WHEREFORE, Defendant Mohammed SODAGAR respectfully requests that this Court enter an order allowing for early return of subpoenas.

    Respectfully Submitted,

1

                                                s/Steven R. Shanin
                                                Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000
FAX: 312 939-0054
sshanin@federallaw.us