UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

## MOTION FOR PERMISSION TO INTERVIEW WITNESSES

Defendant Mohammed SODAGAR, by his attorney Steven R. Shanin, respectfully moves for entry of an order permitting undersigned attorney to interview Defendant SODAGAR'S wife, Seema SODAGAR and son Saarum SODAGAR. In support of this motion, Defendant states as follows:

On December 3, 2007, Defendant SODAGAR'S wife, Seema SODAGAR, filed for an Order of Protection, (No. 070P2 0351), against Defendant SODAGAR. Said order, entered Decenber 7, 2007 in the Circuit Court of Cook County, extends to third parties and prevents these third parties from contacting the defendant SODAGAR'S wif and/or son on behalf of Defendant.

As the United States Circuit Court for the Seventh Circuit has made clear, (1.07 Pattern Criminal Federal Jury Instructions for the Seventh Circuit), it is proper for defendants' attorneys to interview anyone in connection with a pending federal criminal case.

WHEREFORE, Defendant Mohammed SODAGAR respectfully requests that this Court enter an order permitting undersigned attorney to contact Defendant SODAGAR'S wife, Seema

1

SODAGAR and son Saarum SODAGAR for the purpose of preparing the defendant's defense.

                          Respectfully Submitted,

                          s/Steven R. Shanin
                          Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000
FAX: 312 939-0054
sshanin@federallaw.us