**MORTON GROVE POLICE**  ☒ ☐ ☐

### MISCELLANEOUS/LOST & FOUND/CONDITION REPORT

| Date of Report | Nature of Incident | Beat or Unit Assigned |
|---|---|---|
| 11/28/07 | DOMESTIC DISPUTE | 830 |

| Location of Incident | Date Reporting Off. Arr. | Date Occurred | Time |
|---|---|---|---|
| 8616 FRONTAGE | 11/28/07 | 11/28/07 | 1541 |

| Name of Complainant | Home Address | Home Phone |
|---|---|---|
| SODAGAR, SAARUM A (M/W, 4/7/85) | 8616 FRONTAGE | 847 367-0244 |
| | City: MORTON GROVE | Business Phone |

**Narrative:** (outline circumstances, describe property lost or found, and give disposition)

ON 11/28/07 AT 1541 HRS I WAS DISPATCHED TO 8616 FRONTAGE FOR A PERSON WITH A GUN. LATER RECLASSIFIED AS A DOMESTIC DISPUTE.

UPON ARRIVAL SODAGAR, SAARUM A (M/W, 4/7/85) CAME OUT OF 8616 FRONTAGE AND HIS FATHER SODAGAR, MOHAMMED A (M/W 7/1/56) WAS FOLLOWING HIM. BOTH PARTIES WERE SEPERATED. OFFICER SCHUETTE #112 AND COMANDER MCCLOSKEY #25 WERE GIVEN PERMISSION TO SEARCH THE BEDROOM CLOSET FOR A GUN. THE SEARCH ENDED WITH NEGATIVE RESULTS (NO GUN FOUND).

I SPOKE WITH MOHAMMED AND HE SAID THAT HIS SON WAS THREATENING TO HIT HIM. HE SAID HIS SON WAS IN THE OTHER ROOM WHEN HE STARTED YELLING.

I SPOKE WITH SAARUM AND HE SAID HE RECEIVED A BALLOT IN THE MAIL FOR AN ABSENTEE BALLOT. MOHAMMED TRIED TO GRAB THE LETTER FROM SAARUM. SAARUM SAID THAT HIS FATHER WAS YELLING AT HIM AND STATED "I'M GOING TO SHOOT YOU". MOHAMMED ALSO GRABBED SAARUM'S ARM AND TRIED TO GET HIS CELL PHONE.

BOTH PARTIES WERE SEPERATED AND TOLD NOT TO SPEAK WITH EACHOTHER FOR THE NIGHT.

Complaint No. 07-1401

| Reporting Officer | Star No. | Date Investigation Completed | Supervisor Approving | Star No. |
|---|---|---|---|---|
| KAMYS K | 120 | 11/28/07 | Cmdr McCloskey | 25 |

| Leads No. | Date Sent | Time | Date Cancelled | Time | Opr. Init. | Date | Time |
|---|---|---|---|---|---|---|---|
| | | | | | | 11/28/07 | 1830 |

**MORTON GROVE POLICE**

## MISCELLANEOUS/LOST & FOUND/CONDITION REPORT

| Date of Report | Nature of Incident | Beat or Unit Assigned |
|---|---|---|
| 11/28/07 | DOMESTIC DISPUTE | 830 |

| Location of Incident | Date Reporting Off. Arr. | Date Occurred | Time |
|---|---|---|---|
| 8616 FRONTAGE | 11/28/07 | 11/28/07 | 1541 |

| Name of Complainant | Home Address | Home Phone |
|---|---|---|
| SODAGAR, SAARUM A (M/W, 4/7/85) | 8616 FRONTAGE | 847-367-0244 |
| | City: MORTON GROVE | Business Phone |

**Narrative:** (outline circumstances, describe property lost or found, and give disposition)

ON 11/28/07 AT 1541 HRS I WAS DISPATCHED TO 8616 FRONTAGE FOR A PERSON WITH A GUN. LATER RECLASSIFIED AS A DOMESTIC DISPUTE.

UPON ARRIVAL SODAGAR, SAARUM A (M/W, 4/7/85) CAME OUT OF 8616 FRONTAGE AND HIS FATHER SODAGAR, MOHAMMED A (M/W 7/1/56) WAS FOLLOWING HIM. BOTH PARTIES WERE SEPERATED. OFFICER SCHUETTE #112 AND COMANDER MCCLOSKEY #25 WERE GIVEN PERMISSION TO SEARCH THE BEDROOM CLOSET FOR A GUN. THE SEARCH ENDED WITH NEGATIVE RESULTS (NO GUN FOUND).

I SPOKE WITH MOHAMMED AND HE SAID THAT HIS SON WAS THREATENING TO HIT HIM. HE SAID HIS SON WAS IN THE OTHER ROOM WHEN HE STARTED YELLING.

I SPOKE WITH SAARUM AND HE SAID HE RECEIVED A BALLOT IN THE MAIL FOR AN ABSENTEE BALLOT. MOHAMMED TRIED TO GRAB THE LETTER FROM SAARUM. SAARUM SAID THAT HIS FATHER WAS YELLING AT HIM AND STATED "I'M GOING TO SHOOT YOU."
MOHAMMED ALSO GRABBED SAARUM'S ARM AND TRIED TO GET HIS CELL PHONE.

BOTH PARTIES WERE SEPERATED AND TOLD NOT TO SPEAK WITH EACHOTHER FOR THE NIGHT.

Complaint No. 07-1407

| Reporting Officer | Star No. | Date Investigation Completed | Supervisor Approving | Star No. |
|---|---|---|---|---|
| K. Amys | 120 | 11/28/07 | Cmdr. McCloskey | 25 |

| Leads No. | Date Sent | Time | Date Cancelled | Time | Opr. Init. | Date | Time |
|---|---|---|---|---|---|---|---|
| | | | | | | 11/28/07 | 1830 |

SODAGAR

00041

## SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 1 of 6 | DATE & TIME OCCURRED November 29, 2007 1703 Hours | COMPLAINT NUMBER 07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION Identity Theft | | |

**Offender:** SODAGAR, Mohammad A.; M/W 07/01/1956, 8616 Frontage Morton Grove, IL 60053
TX 847-338-3178

**Witness:** 

**Investigation:**
On November 29, 2007 at 0600 hours, I was assigned to investigate an identity theft case, I spoke with Officer Keith Kamys about the consent search of a bedroom and closet at 8616 Frontage in Morton Grove during his investigation of a domestic dispute incident (07-14071). Kamys explained that the offender, Mohammad A. SODAGAR threatened to shoot his son, SAARUM A. Sodagar, with a gun. Officer Kamys explained he, Officer Schuette, Commander McCloskey, Detective Steuber and Detective Rago all responded to this call. Kamys explained he was the officer assigned to handle any documentation on this incident. He explained that the incident deescalated very quickly and all occupants were cooperative with police requests. Kamys explained he immediately began his investigation as to any domestic violence. Kamys spoke with SAARUM who explained his father grabbed his arm in an attempt to take away a ballot for the elections at the Muslim Community Center (MCC). SEEMA Sodagar, SAARUM's mother, approached Kamys and began to explain that SODAGAR was involved in credit card fraud and that is his sole source of income. Kamys continued to gather facts while the other officers on scene were given consent from SODAGAR to search his bedroom and closet for the possible gun. According to the other officers SODAGAR was cooperative and provided keys to open locked suitcase, lockboxes, and containers.

Kamys explained that he was approached by Det. Rago and told to look inside the bedroom. Kamys entered the residences northwest corner bedroom and observed several thick envelopes that were stuffed with $100.00 bills. The envelopes had writing on them that indicated 10,000. Kamys told me that although he did not count the cash in this envelope he believed there were enough $100.00 bills in it to equal $10,000 in cash. Kamys believes he saw close to 10 of these envelopes. Additionally, Kamys saw hundreds of credit cards in an open briefcase. He could see that the names on the credit cards were not the names of any of the members of this residence. Kamys explained that he inspected about six cards and saw different names on all six cards. Kamys left the bedroom and walked back to the victims who were standing outside along with all other officers who were on scene. Kamys briefly discussed the proceeds he observed with Det. Rago who recommended that the Morton Grove Police Department (MGPD) secure a search warrant if an investigation into these proceeds is warranted.

At about 1400 hours, Special Operations Officer Warrensford and I met with SAARUM at MGPD. SAARUM explained that he is concerned for his and the rest of his families' safety because his father, SODAGAR, is so violent.

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT B. Fennelly | | BADGE NO. 40 | SUPERVISOR APPROVING | | BADGE NO. 76 | |
| DATE AND TIME OF REPORT December 1, 2007 2345 Hours | | | DATE 12-01-07 | | TIME 2335 | |

## SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 2 of 6 | DATE & TIME OCCURRED<br>November 29, 2007  1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>Identity Theft | | |

SAARUM explained he recalls seeing a gun at one of his uncles Subway stores on the south side of Chicago many years ago which is why he always felt that his father had access to a gun, even though he has never seen one at the house. SAARUM explained that his father has never had a job and has a brief case full of credit cards with other peoples' names on it. SAARUM added that his father has P.O. boxes in Morton Grove (    ), Niles (    ), Skokie (    ) and Glenview where he gets all kinds of mail for other people. SAARUM used to pick up mail at those locations. SAARUM explained his family is angry with SODAGAR because they discovered he had created several different identities for them and it has created problems in obtaining credit. In November of 2006 SEENA, went to the Social Security office in Evanston to fix the multiple social security numbers that were activated on each of the four children and her. SAARUM explained that his mother SEENA and the rest of the family believes SODAGAR should go to jail for a very long time. SAARUM agreed that SEENA would let us search the house on a consent basis if she felt safe from retribution of SODAGAR. SAARUM left MGPD and advised he would speak to his mother and call us when his father was gone so we could investigate his claims.

At 1620 hours, Officer Warrensford obtained a search warrant from Judge Roger Fein (    ) of the Second District of Cook County for the residence at 8616 Frontage.

At 1707 hours Officers Warrensford, Atto, Yaras, and Palko along with Commander Bolger, Det. Stueber and I arrived at 8616 Frontage. I spoke with SEENA and asked her if we could look again in the bedroom and closet for any credit cards or signs of identity theft and documents. SEEMA granted us permission to look for any of these items. Officer Warrensford provided a copy of the search warrant to SAARUM. The northwest bedroom and its adjoining closet were searched for the listed items in the search warrant. A lock box, brief cases, and bags containing cash, several hundred credit cards, and identification documents were discovered in abundance. After a brief review of several identification cards and corresponding credit cards I believed probable cause to arrest SODAGAR existed for charges to include identity theft and fraud. I advised Officer Palko to immediately arrest SODAGAR upon his arrival home. Several thousand financial documents and papers were seized along with computers, cash, currency, and state identification. All seized items were transported to MGPD by officers on scene.

At 1806 Hours Det. Stueber and Officer Palko placed SODAGAR in handcuffs while he stood in the driveway outside of his residence. SODAGAR was transported to MGPD without incident.

At MGPD, the Police training room was secured for use to process and examine seized evidence. *See Officer Yaras supplemental report about victims.* The following is a partial list of relevant evidence recovered as of the date and time of this report:

**Various Credit Cards under different names found in the possession of SODAGAR:**

1. Sher I. Suleiman
2. Seema S. Muhammed
3. Mohammed A. Sodagar
4. Abdul H. Farook

| LEADS NO. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | BADGE NO. | |
| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | | | DATE<br>12-01-07 | | TIME<br>2355 HRS | |

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 3 of 6 | DATE & TIME OCCURRED November 29, 2007 1703 Hours | COMPLAINT NUMBER 07-14111 |
|---|---|---|

**CORRECT OFFENSE OR INCIDENT CLASSIFICATION**
Identity Theft

5. Ibrahim Suleiman
6. Sher B. Ibrahim
7. Faisal H. Tahoora
8. Najma Majeed
9. Abraham Musa
10. Hamid F. Motiwala
11. Riyadh A. Musa
12. Abdul M. Mohammad
13. Seema M. Afzal
14. Mohammed F. Esmeal
15. Abdul Q. Motiwala
16. Mohammed Afzal Jhara
17. Fazal M. Ismail
18. Afazal Mohammed Ismael
19. Mohammed Afzal
20. Fazal I. Thora
21. Fazal E. Muhammed
22. Fazal I. Jhara

**Illinois identification cards with SODAGAR's photograph:**

Mohammed F. Esmeal

Abdul Q. Motiwala

Mohammed Afzal Jhara

Fazal M. Ismail

Afazal Mohammed Ismael

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT B. Fennelly | | BADGE NO. 40 | SUPERVISOR APPROVING | | BADGE NO. | |
| DATE AND TIME OF REPORT December 1, 2007 2345 Hours | | | DATE 12-01-07 | | TIME 2355 HRS | |

Case 1:07-cr-00864   Document 50-2   Filed 01/07/08   Page 6 of 12

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 4 of 6 | DATE & TIME OCCURRED<br>November 29, 2007 1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>Identity Theft | | |

    SS# 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
6. Mohammed Afzal
   ID # 1245-4054-007A, expired
   Dob 01/07/54
   SS# 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
7. Fazal I. Thora
   ID # T600-2495-5314
   Dob 11/04/55
   SS# 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 and
   SS# 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
8. Saarum M. Afzal
   DL # A124-7938-5100
   Dob 04/07/85
9. Fazal E. Muhammad
   ID # 5302-4556-225M, expired
   Dob 08/08/56
   SS# 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
10. Fazal I. Jhara
    ID # 6002-4955-322J, expired
    Dob 11/12/55
    SS# 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 and
    SS# 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
11. Mohammed Afzal Sodagar
    ID # 3265-4156-187S, expired
    Dob 07/01/56
    SS# 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
    **found in his wallet when subject was arrested**

**Social Security Cards:**
1. Maher Ibrahim Suleiman     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
2. Muhanad Ibrahim Suleiman     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
3. Marwa Ibrahim Suleiman     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
4. Mohammed A. Aziz     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
5. Gladis Prendergast     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
6. Abdul Hamid Motiwala     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 (XEROX)
7. Muhammad Afzal Saudagar     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
8. Fazal Zhara     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
9. Fazal Jahara     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
10. Fazal Esmail Thara     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
11. Mohammed Sodaga     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

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | BADGE NO.<br>40 | |
| DATE AND TIME OF REPORT<br>December 1, 2007 2345 Hours | | | DATE<br>12-01-07 | | TIME<br>2353 | |

SODAGAR                                           00047

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 5 of 6 | DATE & TIME OCCURRED<br>November 29, 2007  1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>Identity Theft | | |

12. Fazal I. Thora — 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
13. Fazal I. Jhara — 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 and 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
14. Fyazal T. Juhara — 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
15. Ibrahim M. Ayoob — 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
16. Marina Sodagar — 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
17. Saarum Sodagar — 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
18. Marina S. Muhammad — 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
19. Saad Afzal Sodagar — 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 (XEROX)
20. Maha Afzal Sodagar — 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 (XEROX)
21. Mohammed F. Esmeal — 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
22. Mohammed Afzal Jhara — 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
23. Fazal M. Ismail — 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
24. Afazal Mohammad Ismael — 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 (XEROX)
25. Fazal I. Thora — 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 and 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
26. Saarum S. Muhammed — 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 (XEROX)
27. Fazal E. Muhammad — 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
28. Seema S. Muhammed — 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 (XEROX)
29. Sher I. Suleiman — 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
30. Abdul H. Farook — 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
31. Ibrahim Suleiman — 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
32. Faisal H. Tahoora — 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
33. Abraham Musa — 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
34. Hamid F. Motiwala — 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
35. Mohammed A. Aziz — 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
36. William H. bissing — 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

**Passports:**
1. Shamama Natees
2. Mohammed Afzal Sodagar (US Passport #209384665 and also Pakistan Passport)
3. Saad Afzal Sodagar
4. Lilian Brown (Jamaican Passport)
5. Mohammed Afzal (photocopy of Pakistan Passport # 515-56-103291)
6. Saar Afzal Sodagar (two Pakistan passports)
7. Maha Afzal Sodagar (USA Passport)
8. Seema Sodagar (two Pakistan Passports)
9. Marina Afzal Sodagar (two Pakistan Passports)

| LEADS No: | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | BADGE NO.<br>40 |
| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | | | | DATE<br>12-01-07 | TIME<br>2355 HRS | |

SODAGAR                                                                00048

## SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 6 of 6 | DATE & TIME OCCURRED<br>November 29, 2007  1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>Identity Theft | | |

**Cash and Currency**
$59,918.50   USC deposited into an evidence holding account on 11/30/07 at 1332 hours
8 one ounce gold coins and bars, 2 gold pendants, 4 gold rings, 1 gold coin
$916.00      USC secured into evidence on 12/01/07 at 2200 hours

On November 30, 2007 at 1645 hours, Special Operations Officer Atto and I spoke with Dr. Abdul SATTAR the president of the MCC. SATTAR explained that he was not the Imam at the MCC because the mosque is not yet complete and will not be until the end of the summer 2008. He does lead prayer on occasion when two other members who have memorized the Koran are unable to do so. He is the elected president of the organization and is ultimately in charge of the operations of the mosque and its business. SATTAR explained that he knows SODAGAR very well but is not considered a family relation. SATTAR explained that SODAGAR has no control over or does not ever hold any of the cash or currency belonging to the MCC. In fact, SATTAR explained that SODAGAR holds no formal position at the MCC and would not have any access to any of the mosque's funds.

On December 1, 2007 at 1300 hours, ASA Mike Hood and Tom McGuire arrived at MGPD to evaluate the size and scope of this investigation. After reviewing evidence and discussing prosecution 22 felony counts for identity theft and fraud were approved. SODAGAR was charged and processed and will attend a bond hearing at the Skokie courthouse on December 3, 2007 at 0900 hours.

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | BADGE NO.<br>76 | |
| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | | | DATE<br>12-01-07 | | TIME<br>2353 | |

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois, to all peace officers of the state.

## SEARCH WARRANT

On this day P.O. Dan Warrensford #133, Morton Grove Police Department.

Complainant has subscribed and sworn to a complaint for a SEARCH WARRANT before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

I therefore command that you search Mohammed Afzal Sodagar and the location of 8616 Frontage Road, Morton Grove, Illinois

and seize, Credit cards, monetary proceeds, all notes, all ledgers, property, proof of residency, bank statements, any and all computer equipment, any and all financial records, and any other contraband or weapons.

which have been used in the commission of or which constitutes evidence of the offense of

Aggravated Identity Theft 720 ILCS 5/16G-20

I further command that a return of anything so seized shall be made without delay before me or before The Honorable Judge in BR - 57, or before any court of competent jurisdiction.

_____ 1865
                                    JUDGE

Date and time of issuance 11-29-07 4:20 PM

Court Branch    Court Date
57-2

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SODAGAR                                                                           00034

STATE OF ILLINOIS
COUNTY OF COOK    THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT
### Page 1 of 3 Pages

I, P.O. Dan Warrensford #133 Morton Grove Police Department, Complainant now appears before the undersigned Judge of the Circuit Court of Cook County and requests the issuance of a SEARCH WARRANT to search the person of

Mohammed Afzal Sodagar and the location of 8616 Frontage Road, Morton Grove, Illinois

And seize the following instruments, articles and things: Credit cards, monetary proceeds, all notes, all ledgers, property, proof of residency, bank statements, any and all computer equipment, any and all financial records, and any other contraband or weapons.
Which have been used in the commission of, or which constitutes evidence of the offense of

Aggravated Identity Theft  720 ILCS 5/16G-20
Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

I, Morton Grove Special Operations Officer Dan Warrensford #133, have been employed by the Village of Morton Grove Police Department for over five years. For the past two years, I have been assigned to the Special Operations Unit, an arm of the Investigations unit that concentrates on gang, drug, tobacco, and financial crimes.

On 11/28/07 at 1541 hours Officer Kamys #120 and Officer Schuette #112 were dispatched to 8616 Frontage Road in Morton Grove for the report of a person with a gun. While en-route, dispatch advised responding units that the caller was the son of the homeowner and stated him and his father were having an argument.

Upon arrival, Officer Kamys and Officer Schuette were invited into the residence at 8616 Frontage Road by the female homeowner. She advised the officers that the gun might be in the closet in the bedroom. Officer Kamys and Officer Schuette obtained verbal permission from MOHAMMED to search inside the residence for the gun. They entered the bedroom and found the closet to be locked. MOHAMMED told them where the keys to the closet were located (in the top dresser drawer). They unlocked the closet and located several lock boxes and briefcases inside the closet. MOHAMMED then advised them the keys to unlock the boxes were hanging in the closet. The officers located the keys and unlocked the boxes in the closet to locate several hundred credit cards all in the names of persons that do not reside at the household. Over $100,000 USC cash and multiple cubes of gold were located in the closet along with financial records and bank statements containing names of persons not residing at the residence. MOHAMMED denied having a firearm at the residence.

Officers Kamys and Schuette asked MOHAMMED why he had all of the cash locked inside the closet. MOHAMMED responded that he donated a lot of money to the Muslim Educational Center located in Morton Grove. The officers than inquired about the credit cards that were not in any household member's name. MOHAMMED avoided the question and could not produce a reasonable explanation as to why he had them in his possession.

Court Branch   Court Date
57-2

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS
COUNTY OF COOK   THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT – CONTINUED
### PAGE 2 OF 3 PAGES

Officers Karnys and Schuette spoke with Mohammed's son, SAARUM, regarding his call for police assistance. SAARUM indicated his father has been using the internet for years to obtain the identities of other individuals. By gaining these identities, SAARUM believes he has opened credit card accounts in multiple other names. SAARUM stated his father has not worked for years. He and his family are tired of him being involved in what they believe to be illegal activity. SAARUM was angry that his father was using his personal information so he called the police.

On 11/29/07 at 1200 hours, a representative from the FBI office was called to the Morton Grove Police Department in relation to the above incident due to the large amount of cash and credit cards in multiple names located at the residence. With the assistance of the FBI, Sgt Fennelly #40 and I interviewed SAARUM A. SODAGAR, the son of MOHAMMED SODAGAR. SAARUM voluntarily related the following: For the past several years his father has not held a job. He has three different PO Boxes where he receives mail in Skokie, Niles, and Morton Grove. SAARUM stated he and his family are concerned about being implicated in what they believe to be the illegal activity his father is involved in. SAARUM and his siblings along with their mother have seen numerous credit cards, financial statements, and social security documents containing the identity of unknown persons and information around the house that do not bear any of their names. Additionally, SAARUM knows that his father has created at least four identities for each of the children and himself. Ultimately, SAARUM, his siblings and his mother would like his father to be apprehended for any illegally activity he is involved in as they do not want it to be a part of their lives. SAARUM and his mother would like the police to come into their residence and remove the property they believe to be involved in criminal activity.

Court Branch   Court Date
57-2

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SODAGAR                                                                                    00036

STATE OF ILLINOIS
COUNTY OF COOK   THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT – CONTINUED
### PAGE 3 OF 3 PAGES

Based upon the information as related, I, P.O. Dan Warrensford #133, Morton Grove Police Department respectfully request that a search warrant be issued for the entire single family residence located at 8616 Frontage Road, Morton Grove, Cook County, Illinois 60053 and Mohammed Afzal Sodagar a male white subject, approximately 51 years of age, IL. DL. # S32654156187.



_____
COMPLAINANT

Subscribed and sworn to before me on _____, 2006

_____
JUDDGE



ENTERED

DOROTHY BROWN
CLERK OF CIRCUIT COURT

Court Branch   Court Date
**57-2**

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS