UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

TO: Maureen Marin, esq.
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

**NOTICE OF FILING** and
**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE that on Wednesday, May 7, 2008 we have electronically filed and hand delivered a courtesy copy to the chambers of Honorable Judge Joan Humphrey Lefkow, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, the following attached documents:

**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

**LEAVE TO FILE MOTION FOR A BILL OF PARTICULARS and
MOTION FOR A BILL OF PARTICULARS**

**MOTION FOR DISCOVERY OF CERTAIN ITEMS
IN THE GOVERNMENT'S POSSESSION**

**MOTION FOR PHYSICAL INSPECTION OF CERTAIN ITEMS
IN THE GOVERNMENT'S POSSESSION**

**MOTION TO PRESERVE GOVERNMENT AGENTS' NOTES**

**MOTION FOR EARLY RETURN OF SUBPOENAS
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17**

**MOTION FOR PERMISSION TO INTERVIEW WITNESSES**

**MOTION TO QUASH ARREST AND TO**
**SUPPRESS EVIDENCE ILLEGALLY SEIZED**


                         Respectfully submitted,


                         s/Steven R. Shanin

STEVEN R. SHANIN
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us

**CERTIFICATE OF SERVICE**

Steven R. Shanin, an attorney, states that on Wednesday, May 7, 2008 he caused a copy of the above Notice and Motion to be tendered to the United States Attorney's Office by electronic filing.


                         s/Steven R. Shanin