U.S. Department of Justice



United States Attorney
Northern District of Illinois

*Maureen E. Merin*
*Assistant United States Attorney*

*Dirksen Federal Building*
*219 South Dearborn Street, Fifth Floor*
*Chicago, Illinois 60604*

*Direct Line: (312) 353-1457*
*Fax: (312) 353-4322*

April 23, 2008

**VIA U.S. MAIL**

Steven R. Shanin, Esq.
53 W. Jackson Blvd., Suite 920
Chicago, IL 60604

Re:   U.S. v. Mohammed A. Sodagar, 07 CR 864

Dear Mr. Shanin:

Pursuant to the government's continuing obligation to disclose evidence under Local Rule 16.1 and Rule 16 of the Federal Rules of Criminal Procedure, I further disclose the following:

1. **Other Evidence**

Among the documents enclosed, Bates stamped Sodagar 289-1251, are copies of documents recovered from Mr. Sodagar's residence pursuant to a search warrant, as well as the following documents:

U.S. income tax returns in the names of Sher Ibrahim, Abraham Musa, Ibrahim Suleiman, Sher Bano Suleiman, Fazal E Muhammad, Seema Muhammad, Bates stamped Sodagar 289-503; U.S. income tax returns in the names of Seema Afzal, Mohammad A. Sodagar, Seema Sodagar, Abraham Musa, Bates stamped Sodagar 537-789.

Records from the following entities: Bank of America, Bates stamped Sodagar 862-930; GE Money Bank, Bates stamped Sodagar 932-980; Value City, Bates stamped Sodagar 981-983; Citibank, Bates stamped Sodagar 984-991; BankOne, Bates stamped Sodagar 992-1001; JP Morgan Chase, Bates stamped Sodagar 1002-1035; Home Depot, Bates stamped Sodagar 1036; Target, Bates stamped Sodagar 1037-1038; Capital One, Bates stamped 1039-1251.

      Please let me know if you have any questions or comments. I acknowledge my continuing obligation to make disclosures under Rules 16 and 16.1, and by accepting this letter and the enclosed materials, you acknowledge your continuing obligation to make disclosures under the Rules.

      Very truly yours,

      PATRICK J. FITZGERALD
      United States Attorney

By: _____
      MAUREEN E. MERIN
      Assistant U.S. Attorney

Enclosure