U.S. Department of Justice

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Maureen E. Merin*<br>*Assistant United States Attorney* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-1457*<br>*Fax: (312) 353-4322* |

April 23, 2008

**VIA U.S. MAIL**

Steven R. Shanin, Esq.
53 W. Jackson Blvd., Suite 920
Chicago, IL 60604

Re:   U.S. v. Mohammed A. Sodagar, 07 CR 864

Dear Mr. Shanin:

Pursuant to the government's continuing obligation to disclose evidence under Local Rule 16.1 and Rule 16 of the Federal Rules of Criminal Procedure, I further disclose the following:

1.   **Other Evidence**

Among the documents enclosed, Bates stamped Sodagar 1252-1802, are the following documents:

Records from the following entities: Discover, Bates stamped Sodagar 1252-1384; American Express, Bates stamped Sodagar 1385-1418; Citibank, Bates stamped Sodagar 1419-1802.

-1-

Please let me know if you have any questions or comments. I acknowledge my continuing obligation to make disclosures under Rules 16 and 16.1, and by accepting this letter and the enclosed materials, you acknowledge your continuing obligation to make disclosures under the Rules.

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

By: *(signature)*
MAUREEN E. MERIN
Assistant U.S. Attorney

Enclosure