U.S. Department of Justice

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| Maureen E. Merin<br>Assistant United States Attorney | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-1457*<br>*Fax: (312) 353-4322* |

April 30, 2008

**VIA U.S. MAIL**

Steven R. Shanin, Esq.
53 W. Jackson Blvd., Suite 920
Chicago, IL 60604

Re:   U.S. v. Mohammed A. Sodagar, 07 CR 864

Dear Mr. Shanin:

Pursuant to the government's continuing obligation to disclose evidence under Local Rule 16.1 and Rule 16 of the Federal Rules of Criminal Procedure, I further disclose the following:

1.   **Defendant's Criminal History**

Copy of conviction in *People v. Sodagar*, 04-200135001, Bates stamped Sodagar 2114-15; records pertaining to the investigation leading to that prosecution, Bates stamped Sodagar 2116-2233.

2.   **Other Evidence**

Among the documents enclosed, Bates stamped Sodagar 1803-2327, are the following documents:

CD containing scanned copies of identification documents seized from defendant's residence, Bates stamped Sodagar 1803.

CD containing photos taken by the Morton Grove Police Department of items recovered from the defendant's residence, Bates stamped Sodagar 1804.

-1-

Records from the following entities: Shell, Kohls, and American Express, Bates stamped Sodagar 1805-1839; Yahoo, Bates stamped Sodagar 1842-56; JC Penney, Walmart, and Mobil, 1857-1912; Charter One Bank, 1954-2075.

Documents recovered from defendant's residence, Bates stamped Sodagar 1840-41; post office box applications, Bates stamped Sodagar 1912-1916; Social Security applications, Bates stamped Sodagar 2077-2113; police reports, Bates stamped Sodagar 1917-1924; and tax returns, Bates stamped Sodagar 1925-1954; 2234-2327.

Please let me know if you have any questions or comments. I acknowledge my continuing obligation to make disclosures under Rules 16 and 16.1, and by accepting this letter and the enclosed materials, you acknowledge your continuing obligation to make disclosures under the Rules.

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
MAUREEN E. MERIN
Assistant U.S. Attorney

Enclosure