

U.S. Department of Justice

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| Maureen E. Merin<br>Assistant United States Attorney | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | Direct Line: (312) 353-1457<br>Fax: (312) 353-4322 |

May 14, 2008

**VIA U.S. MAIL**

Steven R. Shanin, Esq.
53 W. Jackson Blvd., Suite 920
Chicago, IL 60604

Re:   U.S. v. Mohammed A. Sodagar, 07 CR 864

Dear Mr. Shanin:

Pursuant to the government's continuing obligation to disclose evidence under Local Rule 16.1 and Rule 16 of the Federal Rules of Criminal Procedure, I further disclose the following:

**1.   Results of Examinations, Tests, or Experiments**

Fingerprint comparison, Bates stamped Sodagar 2337.

**2.   Other Evidence**

Among the documents enclosed, Bates stamped Sodagar 2328-2360, are the following documents: records of allegations submitted to the Social Security Administration, Bates stamped Sodagar 2328-2333, naturalization documentation with respect to the defendant, Bates stamped 2341-2360, defendant's passport application, Bates stamped 2339, statement of Jody Bartley, Bates stamped 2338.

      Please let me know if you have any questions or comments. I acknowledge my continuing obligation to make disclosures under Rules 16 and 16.1, and by accepting this letter and the enclosed materials, you acknowledge your continuing obligation to make disclosures under the Rules.

      Very truly yours,

      PATRICK J. FITZGERALD
      United States Attorney

By: _____
      MAUREEN E. MERIN
      Assistant U.S. Attorney

Enclosure