# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People ex rel. _____
_____ on behalf of
_____ self and / or behalf of

Petitioner: SEEMA A. SALACAR

vs.

Respondent: MOHAMMAD SALACAR (?)

Case No. 07 P 2001 (?)

☑ Independent Proceeding
☐ Other Civil Proceeding
___ (Specify) ___
☐ Criminal Proceeding
☐ Juvenile Proceeding

LEADS NO. _____

| | PETITIONER | ADDRESS | CITY/ZIP |
|---|---|---|---|
| PETITIONER | SEEMA A. SALACAR | [illegible] | Morton Grove |
| RESPONDENT | MOHAMMAD SALACAR | [illegible] | [illegible] |

| Birthdate (Required for LEADS) | Sex | Race | Height | Weight | Hair | Eyes | Social Security Number (If known) |
|---|---|---|---|---|---|---|---|
| [illegible] | M | Asian | 5'10" | 205 | BLK | BLK | |

## ORDER OF PROTECTION

4552  ☐ INTERIM            4652  ☑ PLENARY

ANY KNOWING VIOLATION OF ANY ORDER OF PROTECTION FORBIDDING PHYSICAL ABUSE, NEGLECT, EXPLOITATION, HARASSMENT, INTIMIDATION, INTERFERENCE WITH PERSONAL LIBERTY, WILLFUL DEPRIVATION, OR ENTERING OR REMAINING PRESENT AT SPECIFIED PLACES WHEN THE PROTECTED PERSON IS PRESENT OR GRANTING EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD, PROHIBITING ENTERING OR REMAINING AT THE HOUSEHOLD WHILE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS AND SO CONSTITUTING A THREAT TO THE SAFETY AND WELL-BEING OF ANY PROTECTED PERSON, OR GRANTING A STAY AWAY ORDER, IS A CLASS A MISDEMEANOR. GRANT OF EXCLUSIVE POSSESSION OF THE RESIDENCE OR HOUSEHOLD SHALL CONSTITUTE NOTICE FORBIDDING TRESPASS TO LAND. ANY KNOWING VIOLATION OF ANY ORDER AWARDING LEGAL CUSTODY OR PHYSICAL CARE OF A CHILD, OR PROHIBITING REMOVAL OR CONCEALMENT OF A CHILD MAY BE A CLASS 4 FELONY. ANY WILLFUL VIOLATION OF ANY ORDER IS CONTEMPT OF COURT. ANY VIOLATION MAY RESULT IN FINE OR IMPRISONMENT. STALKING IS A FELONY.

(Definitions of prohibited conduct on reverse)

The following persons are protected by this Order: SEEMA A SALACAR [illegible]

"The minor child/ren" referred to herein are: [illegible]

Date, time and place for further hearing (if Interim Order):

Date _____ Time _____ Courtroom/Calendar No. _____
Location _____

Date 7/2 This Order was issued on: Time _____

This Order will be in effect until:
☑ Date _____ Time _____
☐ Vacated by court order.
☐ Specified event: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT**

5. PETITIONER'S COPY

DEC-20-2007 09:05 Case 1:07-cr-00864 Document 52-7 Filed 05/21/2008 Page 2 of 3 P.03
INTERIM/PLENARY ORDER OF PROTECTION... 2 of 3 Pages CCG-N805B-30M-8/2/01 (13420229)
(this form replaces CCG-83-2)

BASED ON THE FINDINGS OF THIS COURT, ☐ WHICH WERE MADE ORALLY FOR TRANSCRIPTION, OR ☐ WHICH ARE SET OUT IN A SEPARATE INSTRUMENT FILED WITH THE COURT, AND WITH THE COURT HAVING JURISDICTION OF THE SUBJECT MATTER AND OVER ALL NECESSARY PARTIES, IT IS HEREBY ORDERED THAT:

☑ 1. With respect to all Protected Persons, Respondent is prohibited from committing the following:
   ☑ Physical abuse;   ☐ Harassment;   ☑ Interference with personal liberty;   ☐ Intimidation of a dependent;
   ☐ Willful deprivation;   ☐ Neglect;   ☐ Exploitation;   ☐ Stalking

☑ 2. Petitioner is granted exclusive possession of the residence and Respondent shall not enter or remain in the household or premises located at: _____
   (This remedy does not affect title to property)

☑ 3. ☑ a. Respondent is ordered to stay away from Petitioner and other protected persons, and/or
   ☐ b. Respondent is prohibited from entering or remaining at _____ while any Protected Person is present; and/or
   ☐ c. Respondent is allowed access to the residence on (date) _____ at (time) _____ in the presence of (name) _____ to remove items of clothing, personal adornments, medications used exclusively by the Respondent and other items, as follows: _____

☐ 4. Respondent is ordered to undergo counselling at _____ for a duration of _____

☑ 5. ☑ a. Petitioner is granted physical care and possession of the minor child/ren; and/or
   ☐ b. Respondent is ordered to:
      ☐ Return the minor child/ren _____ to the physical care of _____
      ☐ Not remove the minor child/ren _____ and/or _____ from the physical care of Petitioner or _____

☑ 6. Petitioner is granted temporary legal custody of the minor child/ren _____

☑ 7. ☐ a. Respondent is awarded visitation rights on the following dates and times or under the following conditions or parameters: (No order shall merely refer to the term "reasonable visitation")
   ☐ b. Respondent's visitation is restricted as follows:
   ☑ c. Respondent's visitation is denied.
   (Petitioner may deny Respondent access to the minor child/ren if, when Respondent arrives for visitation, Respondent is under the influence of drugs or alcohol and constitutes a threat to the safety and well-being of Petitioner or Petitioner's minor child/ren or is behaving in a violent or abusive manner.)

☐ 8. Respondent is prohibited from removing the minor child/ren from Illinois or concealing them within Illinois.
☐ 9. Respondent is ordered to appear in Courtroom/Calendar _____ on _____ at _____ AM/PM, with/without the minor child/ren.
☐ 10. Petitioner is granted exclusive possession of the following personal property and the Respondent is ordered to promptly make available to Petitioner said property that is in Respondent's possession or control, to wit: _____
   (This remedy does not affect title to property)

☐ 11. Respondent is prohibited from taking, encumbering, concealing, damaging or otherwise disposing of the following personal property: _____
   ☐ Further, Respondent is prohibited from improperly using the financial or other resources of an aged member of the family or household for the profit or advantage of Respondent or any other person.

☐ 12. Respondent is ordered to pay temporary support for ☐ Petitioner and/or ☐ the minor child/ren of the parties as follows: $_____ per _____, starting _____, payable ☐ through the Clerk of the Circuit Court, or ☐ directly to Petitioner.

☐ 13. Respondent is ordered to pay $_____ as actual monetary compensation for loss(es) to _____ on or before _____.
   ☐ Further, Respondent is ordered to pay court costs in the amount of $_____ and attorney fees in the amount of $_____ to _____ in connection with any action to obtain, modify, enforce, appeal or reopen any order of protection, on or before _____.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT**

5. PETITIONER'S COPY                                    CASE NO. _____

INTERIM / PLENARY ORDER OF PROTECTION, 3 of 3 Pages     CCG-N805C-30M-8/2/01 (13420229)
(This form replaces CCG-83-3)

☐ 14. Respondent is prohibited from entering or remaining at the household or residence located at _____ _____ while under the influence of alcohol or drugs and so constituting a threat to the safety and well-being of any Protected Person.

☐ 14.5 Respondent is ordered to surrender all firearms to the local law enforcement agency, i.e. the police department. If the Respondent is a law enforcement officer, those firearms shall be surrendered to the Respondent's employer. All surrendered firearms shall remain confiscated for a period not to exceed two years to police agency _____

☐ 15. Respondent is denied access to school and/or any other records of the minor child/ren and is prohibited from inspecting, obtaining, or attempting to inspect or obtain such records.

☐ 16. Respondent is ordered to pay $ _____ to the following shelter _____ on or before _____

☑ 17. Respondent is further ordered and/or enjoined as follows: _No contact whatsoever including no 3rd party contact + following + no writing_

☐ 18. The relief requested in paragraph(s) _____ of the petition is (DENIED) (RESERVED), because: _____

### PLENARY ORDERS ONLY

This order shall remain in effect until:

☐ 1. Two years following the date of entry of such Order, such expiration date being _____ or such earlier date, as ordered by the Court, such expiration date being _____

☐ 2. Final judgment in conjoined proceeding is rendered.

☐ 3. This Order is modified or vacated (provided such Order is incorporated into the final judgment of another civil proceeding).

☐ 4. Termination of any voluntary or involuntary commitment, or until _____ (not to exceed 2 years)

☐ 5. Final disposition when a Bond Forfeiture Warrant has issued, or until _____ (not to exceed 2 years)

☐ 6. Expiration of any supervision, conditional discharge, probation, periodic imprisonment, parole, or supervised mandatory release, plus 2 years.

☐ 7. Expiration of a term of imprisonment set by this Court, plus 2 years.

NOTICE: Upon 2 days notice to Petitioner, or such shorter notice as the Court may prescribe, a Respondent subject to an Interim Order of Protection issued under the IDVA may appear and petition the Court to re-hear the original or amended Petition. Respondent's petition shall be verified and shall allege lack of notice and a meritorious defense.

ENTERED:

Date _____

Judge _____

**ENTERED** JUDGE ROGER G. FEIN-1865
DEC 2 0 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Attorney (or Pro Se Petitioner) Name _____
Address _____
City/Zip _____
Phone _____
Attorney # _____

I hereby certify that the document to which this certification is affixed is a true copy.

Date _____
Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT

5. PETITIONER'S COPY     CASE NO. _____