## MORTON GROVE POLICE

☒ ☐ ☐

### MISCELLANEOUS/LOST & FOUND/CONDITION REPORT

| Date of Report | Nature of Incident | Beat or Unit Assigned |
|---|---|---|
| 11/28/07 | DOMESTIC DISPUTE | 830 |

| Location of Incident | Date Reporting Off. Arr. | Date Occurred | Time |
|---|---|---|---|
| 8616 FRONTAGE | 11/28/07 | 11/28/07 | 1541 |

| Name of Complainant | Home Address | Home Phone |
|---|---|---|
| SODAGAR, SAARUM A (M/W, 4/7/85) | 8616 FRONTAGE | 847-567-0944 |
| | City MORTON GROVE | Business Phone |

**Narrative:** (outline circumstances, describe property lost or found, and give disposition)

ON 11/28/07 AT 1541 HRS I WAS DISPATCHED TO 8616 FRONTAGE FOR A PERSON WITH A GUN. LATER RECLASSIFIED AS A DOMESTIC DISPUTE.

UPON ARRIVAL SODAGAR, SAARUM A (M/W, 4/7/85) CAME OUT OF 8616 FRONTAGE AND HIS FATHER SODAGAR, MOHAMMED A (M/W 7/1/56) WAS FOLLOWING HIM. BOTH PARTIES WERE SEPERATED. OFFICER SCHUETTE #112 AND COMANDER MCCLOSKEY #25 WERE GIVEN PERMISSION TO SEARCH THE BEDROOM CLOSET FOR A GUN. THE SEARCH ENDED WITH NEGATIVE RESULTS (NO GUN FOUND).

I SPOKE WITH MOHAMMED AND HE SAID THAT HIS SON WAS THREATENING TO HIT HIM. HE SAID HIS SON WAS IN THE OTHER ROOM WHEN HE STARTED YELLING.

I SPOKE WITH SAARUM AND HE SAID HE RECEIVED A BALLOT IN THE MAIL FOR AN ABSENTEE BALLOT. MOHAMMED TRIED TO GRAB THE LETTER FROM SAARUM. SAARUM SAID THAT HIS FATHER WAS YELLING AT HIM AND STATED "I'M GOING TO SHOOT YOU". MOHAMMED ALSO GRABBED SAARUM'S ARM AND TRIED TO GET HIS CELL PHONE.

BOTH PARTIES WERE SEPERATED AND TOLD NOT TO SPEAK WITH EACHOTHER FOR THE NIGHT.

Complaint No. 07-1407

| Reporting Officer | Star No. | Date Investigation Completed | Supervisor Approving | Star No. |
|---|---|---|---|---|
| K. AMYS | 120 | 11/28/07 | McCloskey | 25 |

| Leads No. | Date Sent | Time | Date Cancelled | Time | Opr. Init. | Date | Time |
|---|---|---|---|---|---|---|---|
| | | | | | | 11/28/07 | 2830 |

SODAGAR  00040  TOTAL P.02