# GENERAL REPORT
## Morton Grove Police Department

| 1. INCIDENT | 2. ☐ FORCIBLE ENTRY ☐ UNLAWFUL ENTRY ☐ ATTEMPT | 3. COMPLAINT NUMBER |
|---|---|---|
| FINANCIAL F.D. THEFT OVER $300 | | 07-14111 |

| 4. |
|---|
| 290 |

| 5. ADDRESS OF OCCURRENCE | 6. TYPE OF PREMISES | 7. |
|---|---|---|
| 8616 FRONTAGE | RESIDENCE | 1137 |

| 8. OCCURRED ON OR BETWEEN | | | | 9. TOOL/WEAPON/MEANS USED | 10A. POINT OF ENTRY | 10B. POINT OF EXIT |
|---|---|---|---|---|---|---|
| Month | Date | Year | Time | DNA | | |
| 11 | 29 | 07 | 1700 | | | |
| 11 | 29 | 07 | 1700 | | | |

| 11. EVIDENCE | 12. EVIDENCE TECHNICIAN | 13. PROPERTY DAMAGED | 14. COST |
|---|---|---|---|
| SEE NARRATIVE | SCHUETTE #142 | DNA | |
| ☐ YES ☐ NO | | | |

| 15. OFFICER ARRIVAL | 16. VICTIM/PROPERTY LOCATION ON PREMISES | 17A. CRIME ☐ VICTIM NOTIFICATION | 17B. DOMESTIC VIOLENCE ☐ NOTIFICATION | 17C. SUSPECT/OFFENDER ARRESTED |
|---|---|---|---|---|
| 1700 | MAIN BEDROOM | | | |

### Victim/Complainant/Witness

| 18. VICTIM'S NAME (Firm Name If Business) Last, First, M.I. | SEX/RACE | DATE OF BIRTH | HOME ADDRESS | CITY | STATE | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| STATE OF ILLINOIS | | | | | | | |

| 19. ☐ PARENT/GUARDIAN ☐ ADDITIONAL VICTIM | SEX/RACE | DATE OF BIRTH | HOME ADDRESS | CITY | | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 20. PERSON REPORTING INCIDENT ☐ Witness ☐ Victim | SEX/RACE | DATE OF BIRTH | HOME ADDRESS | CITY | | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| SODAGAR, SANJUM A | M/W | 4-7-1985 | 8616 FRONTAGE | M.G. 60053 | | 847-387-0944 | |

| 21. PERSON WHO DISCOVERED INCIDENT ☐ Witness ☐ Victim | SEX/RACE | DATE OF BIRTH | HOME ADDRESS | CITY | | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| SODAGAR, SANJUM A | | | | | | | |

| 22. WITNESS | SEX/RACE | DATE OF BIRTH | HOME ADDRESS | CITY | | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 23. VICTIM OCCUPATION | 24. INJURIES TO VICTIM | 25. TRANSPORTED BY | TRANSPORTED TO |
|---|---|---|---|
| | | | |

| 26. PRONOUNCED DEAD BY | DATE | TIME | 27. MEDICAL EXAMINER NAME | NOTIFIED BY | DATE | TIME |
|---|---|---|---|---|---|---|
| DNA | | | | | | |

### Victim Veh.

| 28. ☐ ABANDONED ☐ STOLEN ☐ RECOVERED ☐ DAMAGED ☐ THEFT FROM | LOCATION | 29. TYPE | YEAR | MAKE | COLOR | STYLE MODEL | LICENSE | STATE | YR | VIN | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D | | | | | | A | | | |

| 30. CITY LICENSE # | CITY | YEAR | 31. VEHICLE DISPOSITION | 32. OTHER VEHICLE IDENTIFIERS/MISSING PARTS | 37. ☐ AVAILABLE ☐ PHOTO ☐ IDENTIKIT |
|---|---|---|---|---|---|
| | | | | | |

| 33. LAST PERSON DRIVING VEHICLE | HOME ADDRESS | | CITY | HOME PHONE | 34. LIEN HOLDER |
|---|---|---|---|---|---|
| | | | | | |

### Suspect/Veh.

| 35. ☐ SUSPECT ☒ OFFENDER | SEX/RACE | DATE OF BIRTH | HOME ADDRESS | CITY | STATE | OTHER VEHICLE IDENTIFIERS |
|---|---|---|---|---|---|---|
| SODAGAR, MOHAMMAD A. | M/W | 07-01-56 | 8616 FRONTAGE | M.G. 60053 | A | |

| 36. HT | WT | HAIR COLOR | STY. WORN | EYES GLASSES | COMPLEX FACIAL HAIR | CLOTHING/SCARS, MARKS, TATTOOS |
|---|---|---|---|---|---|---|
| 5'9 | 180 | BLK | BACK | BRN N/A | LIGHT BRN N/A | |

| 38. VEH. TYPE | YEAR | MAKE | COLOR | STYLE MODEL | LICENSE | STATE | | 847-581-4006 |
|---|---|---|---|---|---|---|---|---|

### Event

| 39. DATE REPORT COMPL. | TIME | 40. LEADS NUMBER | 42. APPROVING SUPERVISOR SIGNATURE | OPERATOR I.D. | DATE SENT | TIME |
|---|---|---|---|---|---|---|
| | | | | | | |

| 41. REPORTING OFFICER NAME (Print) | STAR # | REPORTING OFFICER SIGNATURE | STAR # | DATE CANCELLED | TIME | OPERATOR I.D. |
|---|---|---|---|---|---|---|
| FENNELLY | 76 | | 76 | 12-01-07 | 2355 | SODAGAR |

☐ NO ☒ YES 09043

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 1 of 6 | DATE & TIME OCCURRED<br>November 29, 2007  1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>Identity Theft | | |

**Offender:** SODAGAR, Mohammad A.; M/W 07/01/1956, 8616 Frontage Morton Grove, IL 60053
TX 847-338-3178

**Witness:** SODAGAR, Saarum A. M/W 04/07/1985, 8616 Frontage Morton Grove, IL 60053
TX 847-387-0244

SODAGAR, Seema F/W 03/02/1963, 8616 Frontage Morton Grove, IL 60053
TX 847-224-766-6802

SATTAR, Dr. Abdul M/W 12/28/1943, 6415 Hoffman Ct. Morton Grove, IL 60053
TX 847-470-1510

**Investigation:**
On November 29, 2007 at 0600 hours, I was assigned to investigate an identity theft case, I spoke with Officer Keith Kamys about the consent search of a bedroom and closet at 8616 Frontage in Morton Grove during his investigation of a domestic dispute incident (07-14071). Kamys explained that the offender, Mohammad A. SODAGAR threatened to shoot his son, SAARUM A. Sodagar, with a gun. Officer Kamys explained he, Officer Schuette, Commander McCloskey, Detective Steuber and Detective Rago all responded to this call. Kamys explained he was the officer assigned to handle any documentation on this incident. He explained that the incident deescalated very quickly and all occupants were cooperative with police requests. Kamys immediately began his investigation as to any domestic violence. Kamys spoke with SAARUM who explained his father grabbed his arm in an attempt to take away a ballot for the elections at the Muslim Community Center (MCC). SEEMA Sodagar, SAARUM's mother, approached Kamys and began to explain that SODAGAR was involved in credit card fraud and that is his sole source of income. Kamys continued to gather facts while the other officers on scene were given consent from SODAGAR to search his bedroom and closet for the possible gun. According to the other officers SODAGAR was cooperative and provided keys to open locked suitcase, lockboxes, and containers.

Kamys explained that he was approached by Det. Rago and told to look inside the bedroom. Kamys entered the residences northwest corner bedroom and observed several thick envelopes that were stuffed with $100.00 bills. The envelopes had writing on them that indicated 10,000. Kamys told me that although he did not count the cash in this envelope he believed there were enough $100.00 bills in it to equal $10,000 in cash. Kamys believes he saw close to 10 of these envelopes. Additionally, Kamys saw hundreds of credit cards in an open briefcase. He could see that the names on the credit cards were not the names of any of the members of this residence. Kamys explained that he inspected about six cards and saw different names on all six cards. Kamys left the bedroom and walked back to the victims who were standing outside along with all other officers who were on scene. Kamys briefly discussed the proceeds he observed with Det. Rago who recommended that the Morton Grove Police Department (MGPD) secure a search warrant if an investigation into these proceeds is warranted.

At about 1400 hours, Special Operations Officer Warrensford and I met with SAARUM at MGPD. SAARUM explained that he is concerned for his and the rest of his families' safety because his father, SODAGAR, is so violent.

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | | BADGE NO.<br>70 |
| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | | | DATE<br>12-01-07 | | TIME<br>2353 | |

SODAGAR                                                                                              00044

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 2 of 6 | DATE & TIME OCCURRED<br>November 29, 2007  1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|

**CORRECT OFFENSE OR INCIDENT CLASSIFICATION**
Identity Theft

SAARUM explained he recalls seeing a gun at one of his uncles Subway stores on the south side of Chicago many years ago which is why he always felt that his father had access to a gun even though he has never seen one at the house. SAARUM explained that his father has never had a job and has a brief case full of credit cards with other peoples' names on it. SAARUM added that his father has P.O. boxes in Morton Grove (1314), Niles (480103), Skokie (1415) and Glenview where he gets all kinds of mail for other people. SAARUM used to pick up mail at those locations. SAARUM explained his family is angry with SODAGAR because they discovered he had created several different identities for them and it has created problems in obtaining credit. In November of 2006 SEENA, went to the Social Security office in Evanston to fix the multiple social security numbers that were activated on each of the four children and her. SAARUM explained that his mother SEENA and the rest of the family believes SODAGAR should go to jail for a very long time. SAARUM agreed that SEENA would let us search the house on a consent basis if she felt safe from retribution of SODAGAR. SAARUM left MGPD and advised he would speak to his mother and call us when his father was gone so we could investigate his claims.

At 1620 hours, Officer Warrensford obtained a search warrant from Judge Roger Fein #1865 of the Second District of Cook County for the residence at 8616 Frontage.

At 1707 hours Officers Warrensford, Atto, Yaras, and Palko along with Commander Bolger, Det. Stueber and I arrived at 8616 Frontage. I spoke with SEENA and asked her if we could look again in the bedroom and closet for any credit cards or signs of identity theft and documents. SEEMA granted us permission to look for any of these items. Officer Warrensford provided a copy of the search warrant to SAARUM. The northwest bedroom and its adjoining closet were searched for the listed items in the search warrant. A lock box, brief cases, and bags containing cash, several hundred credit cards, and identification documents were discovered in abundance. After a brief review of several identification cards and corresponding credit cards I believed probable cause to arrest SODAGAR existed for charges to include identity theft and fraud. I advised Officer Palko to immediately arrest SODAGAR upon his arrival home. Several thousand financial documents and papers were seized along with computers, cash, currency, and state identification. All seized items were transported to MGPD by officers on scene.

At 1806 Hours Det. Stueber and Officer Palko placed SODAGAR in handcuffs while he stood in the driveway outside of his residence. SODAGAR was transported to MGPD without incident.

At MGPD, the Police training room was secured for use to process and examine seized evidence. *See Officer Yaras supplemental report about victims.* The following is a partial list of relevant evidence recovered as of the date and time of this report:

**Various Credit Cards under different names found in the possession of SODAGAR:**

1. Sher I. Suleiman
2. Seema S. Muhammed
3. Mohammed A. Sodagar
4. Abdul H. Farook

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| | | | | | | |

| REPORTING SERGEANT<br>B. Fennelly | BADGE NO.<br>40 | SUPERVISOR APPROVING | BADGE NO.<br>76 |
|---|---|---|---|

| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | DATE<br>12-01-07 | TIME<br>2355 HRS |
|---|---|---|

SODAGAR                                                                                           00045

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 3 of 6 | DATE & TIME OCCURRED<br>November 29, 2007 1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>Identity Theft | | |

5. Ibrahim Suleiman
6. Sher B. Ibrahim
7. Faisal H. Tahoora
8. Najma Majeed
9. Abraham Musa
10. Hamid F. Motiwala
11. Riyadh A. Musa
12. Abdul M. Mohammad
13. Seema M. Afzal
14. Mohammed F. Esmeal
15. Abdul Q. Motiwala
16. Mohammed Afzal Jhara
17. Fazal M. Ismail
18. Afazal Mohammed Ismael
19. Mohammed Afzal
20. Fazal I. Thora
21. Fazal E. Muhammed
22. Fazal I. Jhara

**Illinois identification cards with SODAGAR's photograph:**

1. Mohammed F. Esmeal
   ID # 2545-4658-225E
   Exp 08/05  Dob 08/08/58
   SS# 33-84-4122
2. Abdul Q. Motiwala
   ID # 3400-1560-068M, expired
   Dob 03/06/60
   SS# 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
3. Mohammed Afzal Jhara
   ID # 6005-4158-225J, expired
   Dob 08/08/58
   SS# 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
4. Fazal M. Ismail
   ID # 2542-5356-257I, expired
   Dob 09/09/56
   SS# 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
5. Afazal Mohammed Ismael
   ID # 2540-1358-225I, expired
   Dob 08/08/58

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | | BADGE NO.<br>46 |
| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | | | DATE<br>12-01-07 | | TIME<br>2355 HRS | |

SODAGAR                                                                 00046

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 4 of 6 | DATE & TIME OCCURRED<br>November 29, 2007 1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|

**CORRECT OFFENSE OR INCIDENT CLASSIFICATION**
Identity Theft

    SS# 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
6. Mohammed Afzal
    ID # 1245-4054-007A, expired
    Dob 01/07/54
    SS# 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
7. Fazal I. Thora
    ID # T600-2495-5314
    Dob 11/04/55
    SS# 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 and
    SS# 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
8. Saarum M. Afzal
    DL # A124-7938-5100
    Dob 04/07/85
9. Fazal E. Muhammad
    ID # 5302-4556-225M, expired
    Dob 08/08/56
    SS# 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
10. Fazal I. Jhara
    ID # 6002-4955-322J, expired
    Dob 11/12/55
    SS# 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 and
    SS# 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
11. Mohammed Afzal Sodagar
    ID # 3265-4156-187S, expired
    Dob 07/01/56
    SS# 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
    **found in his wallet when subject was arrested**

**Social Security Cards:**

1. Maher Ibrahim Suleiman     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
2. Muhanad Ibrahim Suleiman     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
3. Marwa Ibrahim Suleiman     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
4. Mohammed A. Aziz     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
5. Gladis Prendergast     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
6. Abdul Hamid Motiwala     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 (XEROX)
7. Muhammad Afzal Saudagar     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
8. Fazal Zhara     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
9. Fazal Jahara     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
10. Fazal Esmail Thara     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
11. Mohammed Sodaga     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

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| | | | | | | |

| REPORTING SERGEANT<br>B. Fennelly | BADGE NO.<br>40 | SUPERVISOR APPROVING | BADGE NO.<br>40 |
|---|---|---|---|
| DATE AND TIME OF REPORT<br>December 1, 2007 2345 Hours SODAGAR | | DATE<br>12-01-07 | TIME<br>2353 |

00047

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 5 of 6 | DATE & TIME OCCURRED<br>November 29, 2007  1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|
| CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>Identity Theft | | |

| 12. | Fazal I. Thora | 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 |
| 13. | Fazal I. Jhara | 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 and 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 |
| 14. | Fyazal T. Juhara | 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 |
| 15. | Ibrahim M. Ayoob | 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 |
| 16. | Marina Sodagar | 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 |
| 17. | Saarum Sodagar | 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 |
| 18. | Marina S. Muhammad | 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 |
| 19. | Saad Afzal Sodagar | 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 (XEROX) |
| 20. | Maha Afzal Sodagar | 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 (XEROX) |
| 21. | Mohammed F. Esmeal | 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 |
| 22. | Mohammed Afzal Jhara | 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 |
| 23. | Fazal M. Ismail | 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 |
| 24. | Afazal Mohammad Ismael | 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 (XEROX) |
| 25. | Fazal I. Thora | 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 and 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 |
| 26. | Saarum S. Muhammed | 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 (XEROX) |
| 27. | Fazal E. Muhammad | 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 |
| 28. | Seema S. Muhammed | 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 (XEROX) |
| 29. | Sher I. Suleiman | 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 |
| 30. | Abdul H. Farook | 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 |
| 31. | Ibrahim Suleiman | 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 |
| 32. | Faisal H. Tahoora | 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 |
| 33. | Abraham Musa | 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 |
| 34. | Hamid F. Motiwala | 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 |
| 35. | Mohammed A. Aziz | 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 |
| 36. | William H. bissing | 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 |

**Passports:**

1. Shamama Natees
2. Mohammed Afzal Sodagar  (US Passport #209384665 and also Pakistan Passport)
3. Saad Afzal Sodagar
4. Lilian Brown (Jamaican Passport)
5. Mohammed Afzal (photocopy of Pakistan Passport # 515-56-103291)
6. Saar Afzal Sodagar (two Pakistan passports)
7. Maha Afzal Sodagar (USA Passport)
8. Seema Sodagar (two Pakistan Passports)
9. Marina Afzal Sodagar (two Pakistan Passports)

| LEADS No: | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | | BADGE NO.<br>40 |
| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | | | DATE<br>12-01-07 | | TIME<br>2355 HRS | |

SODAGAR                                                                 00048

# SUPPLEMENTARY REPORT / MORTON GROVE POLICE

| Page 6 of 6 | DATE & TIME OCCURRED<br>November 29, 2007  1703 Hours | COMPLAINT NUMBER<br>07-14111 |
|---|---|---|

**CORRECT OFFENSE OR INCIDENT CLASSIFICATION**
Identity Theft

**Cash and Currency**
$59,918.50   USC deposited into an evidence holding account on 11/30/07 at 1332 hours
8 one ounce gold coins and bars, 2 gold pendants, 4 gold rings, 1 gold coin
$916.00      USC secured into evidence on 12/01/07 at 2200 hours

On November 30, 2007 at 1645 hours, Special Operations Officer Atto and I spoke with Dr. Abdul SATTAR the president of the MCC. SATTAR explained that he was not the Imam at the MCC because the mosque is not yet complete and will not be until the end of the summer 2008. He does lead prayer on occasion when two other members who have memorized the Koran are unable to do so. He is the elected president of the organization and is ultimately in charge of the operations of the mosque and its business. SATTAR explained that he knows SODAGAR very well but is not considered a family relation. SATTAR explained that SODAGAR has no control over or does not ever hold any of the cash or currency belonging to the MCC. In fact, SATTAR explained that SODAGAR holds no formal position at the MCC and would not have any access to any of the mosque's funds.

On December 1, 2007 at 1300 hours, ASA Mike Hood and Tom McGuire arrived at MGPD to evaluate the size and scope of this investigation. After reviewing evidence and discussing prosecution 22 felony counts for identity theft and fraud were approved. SODAGAR was charged and processed and will attend a bond hearing at the Skokie courthouse on December 3, 2007 at 0900 hours.

| LEADS No. | SENT DATE | TIME | OPR | CANCELLED DATE | TIME | OPR |
|---|---|---|---|---|---|---|
| REPORTING SERGEANT<br>B. Fennelly | | BADGE NO.<br>40 | SUPERVISOR APPROVING | | | BADGE NO.<br>46 |
| DATE AND TIME OF REPORT<br>December 1, 2007  2345 Hours | | | | DATE<br>12-01-07 | TIME<br>2355 | |

SODAGAR                                                                    00049