# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois, to all peace officers of the state.

## SEARCH WARRANT

On this day P.O. Dan Warrensford #133, Morton Grove Police Department.

Complainant has subscribed and sworn to a complaint for a SEARCH WARRANT before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

I therefore command that you search Mohammed Afzal Sodagar and the location of 8616 Frontage Road, Morton Grove, Illinois

and seize, Credit cards, monetary proceeds, all notes, all ledgers, property, proof of residency, bank statements, any and all computer equipment, any and all financial records, and any other contraband or weapons.
which have been used in the commission of or which constitutes evidence of the offense of

## Aggravated Identity Theft 720 ILCS 5/16G-20

I further command that a return of anything so seized shall be made without delay before me or before The Honorable Judge in BR - 57, or before any court of competent jurisdiction.

_(signature)_ 1865
JUDGE

Date and time of issuance 11-29-07  4:20 PM

Court Branch   Court Date
57-2

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS
COUNTY OF COOK     THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT
### Page 1 of 3 Pages

I, P.O. Dan Warrensford #133 Morton Grove Police Department, Complainant now appears before the undersigned Judge of the Circuit Court of Cook County and requests the issuance of a SEARCH WARRANT to search the person of

Mohammed Afzal Sodagar and the location of 8616 Frontage Road, Morton Grove, Illinois

And seize the following instruments, articles and things: Credit cards, monetary proceeds, all notes, all ledgers, property, proof of residency, bank statements, any and all computer equipment, any and all financial records, and any other contraband or weapons. Which have been used in the commission of, or which constitutes evidence of the offense of

Aggravated Identity Theft 720 ILCS 5/16G-20
Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

I, Morton Grove Special Operations Officer Dan Warrensford #133, have been employed by the Village of Morton Grove Police Department for over five years. For the past two years, I have been assigned to the Special Operations Unit, an arm of the Investigations unit that concentrates on gang, drug, tobacco, and financial crimes.

On 11/28/07 at 1541 hours Officer Kamys #120 and Officer Schuette #112 were dispatched to 8616 Frontage Road in Morton Grove for the report of a person with a gun. While en-route, dispatch advised responding units that the caller was the son of the homeowner and stated him and his father were having an argument.

Upon arrival, Officer Kamys and Officer Schuette were invited into the residence at 8616 Frontage Road by the female homeowner. She advised the officers that the gun might be in the closet in the bedroom. Officer Kamys and Officer Schuette obtained verbal permission from MOHAMMED to search inside the residence for the gun. They entered the bedroom and found the closet to be locked. MOHAMMED told them where the keys to the closet were located (in the top dresser drawer). They unlocked the closet and located several lock boxes and briefcases inside the closet. MOHAMMED then advised them the keys to unlock the boxes were hanging in the closet. The officers located the keys and unlocked the boxes in the closet to locate several hundred credit cards all in the names of persons that do not reside at the household. Over $100,000 USC cash and multiple cubes of gold were located in the closet along with financial records and bank statements containing names of persons not residing at the residence. MOHAMMED denied having a firearm at the residence.

Officers Kamys and Schuette asked MOHAMMED why he had all of the cash locked inside the closet. MOHAMMED responded that he donated a lot of money to the Muslim Educational Center located in Morton Grove. The officers than inquired about the credit cards that were not in any household member's name. MOHAMMED avoided the question and could not produce a reasonable explanation as to why he had them in his possession.

Court Branch  Court Date
57-2

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS
COUNTY OF COOK   THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT – CONTINUED
### PAGE 2 OF 3 PAGES

Officers Karnys and Schuette spoke with Mohammed's son, SAARUM, regarding his call for police assistance. SAARUM indicated his father has been using the internet for years to obtain the identities of other individuals. By gaining these identities, SAARUM believes he has opened credit card accounts in multiple other names. SAARUM stated his father has not worked for years. He and his family are tired of him being involved in what they believe to be illegal activity. SAARUM was angry that his father was using his personal information so he called the police.

On 11/29/07 at 1200 hours, a representative from the FBI office was called to the Morton Grove Police Department in relation to the above incident due to the large amount of cash and credit cards in multiple names located at the residence. With the assistance of the FBI, Sgt Fennelly #40 and I interviewed SAARUM A. SODAGAR, the son of MOHAMMED SODAGAR. SAARUM voluntarily related the following: For the past several years his father has not held a job. He has three different PO Boxes where he receives mail in Skokie, Niles, and Morton Grove. SAARUM stated he and his family are concerned about being implicated in what they believe to be the illegal activity his father is involved in. SAARUM and his siblings along with their mother have seen numerous credit cards, financial statements, and social security documents containing the identity of unknown persons and information around the house that do not bear any of their names. Additionally, SAARUM knows that his father has created at least four identities for each of the children and himself. Ultimately, SAARUM, his siblings and his mother would like his father to be apprehended for any illegally activity he is involved in as they do not want it to be a part of their lives. SAARUM and his mother would like the police to come into their residence and remove the property they believe to be involved in criminal activity.

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SODAGAR                                                    00036

**STATE OF ILLINOIS**
**COUNTY OF COOK   THE CIRCUIT COURT OF COOK COUNTY**

## COMPLAINT FOR SEARCH WARRANT – CONTINUED
## PAGE 3 OF 3 PAGES

Based upon the information as related, I, P.O. Dan Warrensford #133, Morton Grove Police Department respectfully request that a search warrant be issued for the entire single family residence located at 8616 Frontage Road, Morton Grove, Cook County, Illinois 60053 and Mohammed Afzal Sodagar a male white subject, approximately 51 years of age, IL. DL. # S32654156187.



**COMPLAINANT**

Subscribed and sworn to before me on _____, 2006

_____
**JUDDGE**

**ENTERED**

MAY   2007

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

Court Branch   Court Date
**57-2**

Dorothy Brown, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SODAGAR                                                                    00037