UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

**EXTENSION OF TIME TO FILE DEFENDANT'S REPLY to
GOVERNMENT'S RESPONSE to DEFENDANT'S PRETRIAL MOTIONS**

Defendant Mohammed SODAGAR's attorney, Steven R. Shanin, respectfully requests an extension to file defendant SODAGAR'S Reply to the Government's Response to his pretrial motions and states as follows:

On April 16, 2008, defendant SODAGAR was arraigned and certain dates were set, including May 28, 2008 for the filing of defendant's Reply to the government responses to defendant's pretrial motions.

The 16.1 conference was timely held and the government has continued to provide discovery to defendant. Defendant SODAGAR has timely filed extensive pretrial motions, including a Motion to Quash and Suppress. The government has timely filed both a consolidated response to defendant's pretrial motions and a specific response to the motion to quash and suppress. The government's well-articulated responses call for equally well-articulated replies on defendant SODAGAR'S behalf. However, due to a personal matter[1], undersigned attorney

---

[1] Undersigned counsel will make this matter known to the Court, in camera.

1

respectfully requests additional time beyond the May 28, 2008 reply date.

    WHEREFORE, defendant respectfully requests this Court extend the filing date for defendant's Reply.

                                                     Respectfully Submitted,

                                                     s/Steven R. Shanin
                                                     Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000
FAX: 312 939-0054
sshanin@federallaw.us