UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

TO: Maureen Marin, esq.
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

**NOTICE OF MOTION** and
**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on Wednesday, June 4, 2008 at 9:45 a.m., we shall appear before the Honorable Judge Joan Humphrey Lefkow, United States District Court, 219 South Dearborn Street, Chicago, Illinois  60604, to present the following attached motion:

**EXTENSION OF TIME TO FILE DEFENDANT'S REPLY to
GOVERNMENT'S RESPONSE to DEFENDANT'S PRETRIAL MOTIONS**

                                              Respectfully submitted,
                                              s/Steven R. Shanin

STEVEN R. SHANIN
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us

**CERTIFICATE OF SERVICE**

Steven R. Shanin, an attorney, states that on Tuesday, May 28, 2008  he caused a copy of the above Notice and Motion to be tendered to the United States Attorney's Office by electronic filing and  deposited a courtesy copy for Honorable Judge Joan Humphrey Lefkow at the United States District Court, 219 South Dearborn Street, Chicago, Illinois  60604.

                                      s/Steven R. Shanin