# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 - 1 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Mohammed Sodagar | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/30/2008 at 9:30 a.m. Oral motion of Steven Shanin for appointment as attorney for defendant granted. Motion hearing held. Defendant's motion [43] moot. Defendant's motions [44], [45], [46], [47], and [48] resolved. Defendant's motion [49] granted as stated on the record - draft order to follow. Government's oral motion to file a corrected response to defendant's motion [50] granted. Defendant's motion for extension of time to file reply to government's response to defendant's pretrial motions is granted to 6/20/2008. Ruling will issue by mail by 7/23/2008. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 6/11/2008 through 7/30/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|