# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: U.S. v.s. SODAGAR
FOR: ND IL AT ED

**FILED JUN 13 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

PERSON REPRESENTED (Show your full name): MOHAMMED SODAGAR

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 07 CR 864-1
District Court: 07 CR 864-1
Court of Appeals:

CHARGE/OFFENSE: 18 USC §§ 287, 1028(a)(3), 1028(a)(5), 1029(b)(1), 1544, 42 USC §408(a)(7)(A) -
☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: SODAGAR BUSINESS INC.
IF YES, how much do you earn per month? $ 1000.00
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 3,000.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED $ ___   SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No *
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE ___   DESCRIPTION: *TOTAL ASSETS SUBJECT TO FORFEITURE - SEE INDICTMENT

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors: MISC.
Total Debt: $ ___
Monthly Paymt.: $ 1000.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/14/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Mohammed Sodagar*