UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

TO: Maureen Marin, esq.
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

**NOTICE OF FILING** and
**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE that on Friday, June 20, 2008 we have electronically filed and hand delivered a courtesy copy to the chambers of Honorable Judge Joan Humphrey Lefkow, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, the following attached document:

**REPLY to GOVERNMENT'S RESPONSE to
MOTION TO QUASH ARREST AND TO
SUPPRESS EVIDENCE ILLEGALLY SEIZED**

    Respectfully submitted,


    s/Steven R. Shanin

STEVEN R. SHANIN
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us

1

## CERTIFICATE OF SERVICE

Steven R. Shanin, an attorney, states that on Friday, June 20, 2008 he caused a copy of the above Notice and Motion to be tendered to the United States Attorney's Office by electronic filing.

                                                    s/Steven R. Shanin