

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 864 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. Sodagar | | |

Defendant's motion to interview witnesses [49] having been granted in court on June 11, 2008, enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 19 PM 3:50
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|