UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 864 |
| v. ) | |
| ) | Judge Joan Humphrey Lefkow |
| MOHAMMED SODAGAR ) | |

### ORDER

This cause coming to be heard on Defendant's Motion to Interview Witnesses, IT IS HEREBY ORDERED THAT Defendant's motion is granted upon the occurrence of three conditions:

1. Defendant files a motion in the Circuit Court of Cook County, in the matter of 07 OP 20351, the Order of Protection in place in favor of Seema A. Sodagar, and the Court rules on the motion by permitting the Order of Protection to be modified to allow Defendant's attorney to contact Seema Sodagar and Saarum Sodagar for the sole purpose of ascertaining whether or not Seema Sodagar and Saarum Sodagar wish to be interviewed concerning the instant federal case.

2. If the Circuit Court permits modification of the Order of Protection, Defendant's attorney may contact Seema Sodagar and Saarum Sodagar to determine whether or not they will consent to be interviewed concerning the instant federal case.

3.    If Seema Sodagar and/or Saarum Sodagar consent to be interviewed, Defendant's attorney may interview them concerning the instant federal case.

ENTER:

JOAN HUMPHREY LEFKOW
United States District Judge

Dated: June 19, 2008.