# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                                     Case No.: 1:07−cr−00864

                                                     Honorable Joan H. Lefkow

Mohammed A Sodagar

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

MINUTE entry before the Honorable Joan H. Lefkow as to Mohammed A Sodagar: Status hearing held on 7/30/2008 and continued to 9/3/2008 at 09:30 AM to set a date for change of plea or trial. Oral motion of the Government to exclude time is granted without objection. The ends of justice served by exclusion of time outweigh the best interest of the defendant in a speedy trial, namely: additional time for diligent plea negotiations is needed in order to facilitate defendant's advantages related to acceptance of responsibility. The period beginning 7/30/2008 through 9/3/2008 is excluded pursuant to 18.3161(h)(1)(I). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.