UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 864-1 |
| | ) | Judge Joan Humphrey Lefkow |
| Mohammed SODAGAR | ) | |
|     Defendant | ) | |

## MOTION FOR THE APPOINTMENT OF INVESTIGATOR
## UNDER THE CRIMINAL JUSTICE ACT

Defendant Mohammed SODAGAR, by his attorney Steven Shanin, respectfully moves this Court for an order appointing Robert F. Swanson as defense investigator, pursuant to provision XII(A)(1) of the Plan of the United States District Court for the Northern District of Illinois pursuant to the Criminal Justice Act, 18 U.S.C. §3006(A)(e)(1), as well as the interests of justice and states as follows:

    1. Defendant was previously found to be indigent by this Honorable Court and is thereby unable to afford the services of an investigator;

    2. The government has had the benefit of extensive investigation and the services of agents of various governmental agencies to investigate this matter;

    3. Defendant has identified individuals who may have information favorable or helpful to the defense and who may be called as witnesses;

    4. In order to properly and effectively prepare a defense for defendant, it is necessary to investigate documentary and electronically produced materials as well as potential defense

1

witnesses;

WHEREFORE, undersigned attorney respectful requests this Court appoint Robert F. Swanson as an investigator under the Criminal Justice Act at the rate of $65.00 per hour and shall not exceed $3,500.00 without prior approval by this Court

Respectfully submitted,

s/ Steven R. Shanin
Attorney for Mohammed SODAGAR

Steven R. Shanin
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us